UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| LUIS SANTOS<br><br>Plaintiff,<br><br>v.<br><br>NOREAST MORTGAGE, INC.;<br>FIRST MAGNUS FINANCIAL;<br>HOMECOMINGS FINANCIAL;<br>WASHINGTON MUTUAL; OPTION<br>ONE MORTGAGE; PEOPLES<br>CHOICE HOME LOAN, INC.;<br>FELIX BATISTA; PEDRO<br>EVANGELISTA; and JOHN DOE 1-10<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. No. 07-204-ML |

**ENTRY OF APPEARANCE**

John A. Houlihan and Raymond M. Ripple of the law firm of Edwards Angell Palmer & Dodge LLP hereby enter their appearance on behalf of defendant Washington Mutual.

WASHINGTON MUTUAL

By its Attorneys,

/s/ Raymond M. Ripple
Raymond M. Ripple (#6489)
EDWARDS ANGELL PALMER & DODGE LLP
2800 Financial Plaza
Providence, RI 02903
(401) 274-9200
(401) 276-6611 (Fax)
rripple@eapdlaw.com

John A. Houlihan (#2601)
EDWARDS ANGELL PALMER & DODGE LLP
111 Huntington Avenue
Boston, MA 02199
(617) 239-0100
(617) 227-4420 (Fax)
jhoulihan@eapdlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on June 22, 2007.

/s/ Raymond M. Ripple
Raymond M. Ripple