AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Rhode Island

Luis Santos

V.

Noreast Mortgage, Inc., et al

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 07-204ML

TO: (Name and address of Defendant)

People's Choice Home Loans, Inc.
Agent for Service: Corporation Service Company, 222 Jefferson Boulevard, Suite 200, Warwick, RI 02888

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John M. Verdecchia, Esq.
1206 Westminster Street
Providence, RI 02909

an answer to the complaint which is herewith served upon you, within 20 days days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Paulette J. Duke
CLERK Chief Deputy Clerk

DATE 6/5/07

Barbara Barletta
(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[(1)] | DATE 6-6-07 |
|---|---|
| NAME OF SERVER (PRINT) John V Esposito | TITLE Constable 6050 |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: ______

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: ______

☐ Returned unexecuted: ______

☑ Other (specify): Served Agent for Service of Process Corporation Service Co.

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 6-6-07
Date

[signature]
Signature of Server

PO Box 20596 Cranston RI 02920
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.