UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| LUIS SANTOS<br><br>Plaintiff,<br><br>v.<br><br>NOREAST MORTGAGE, INC.;<br>FIRST MAGNUS FINANCIAL;<br>HOMECOMINGS FINANCIAL;<br>WASHINGTON MUTUAL; OPTION<br>ONE MORTGAGE; PEOPLES<br>CHOICE HOME LOAN, INC.;<br>FELIX BATISTA; PEDRO<br>EVANGELISTA; and JOHN DOE 1-10<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. No. 07-204-ML |

**STIPULATION**

Plaintiff Luis Santos ("Plaintiff") and Defendant Washington Mutual ("Washington Mutual") hereby stipulate and agree that Washington Mutual may have an extension of time of thirty (30) days, or up to and including August 26, 2007, to answer or otherwise respond to the Plaintiff's Complaint.

LUIS SANTOS

By his Attorney,

/s/ John M. Verdecchia

John M. Verdecchia (#3374)
1206 Westminster Street
Providence, RI 02909
(401) 453-0700
(401) 454-5557 (Fax)
john@verdecchialaw.com

WASHINGTON MUTUAL

By its Attorneys,

/s/ Raymond M. Ripple

Raymond M. Ripple (#6489)
EDWARDS ANGELL PALMER & DODGE LLP
2800 Financial Plaza
Providence, RI 02903
(401) 274-9200
(401) 276-6611 (Fax)
rripple@eapdlaw.com

John A. Houlihan (#2601)
EDWARDS ANGELL PALMER & DODGE LLP
111 Huntington Avenue
Boston, MA 02199
(617) 239-0100
(617) 227-4420 (Fax)
jhoulihan@eapdlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on June 26, 2007.

/s/ Raymond M. Ripple
Raymond M. Ripple