UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| LUIS SANTOS<br>Plaintiff<br><br>v.<br><br>NOREAST MORTGAGE, INC., FIRST MAGNUS FINANCIAL, HOMECOMINGS FINANCIAL, WASHINGTON MUTUAL, OPTION ONE MORTGAGE, PEOPLES CHOICE HOME LOAN INC., FELIX BATISTA, PEDRO EVANGELISTA and JOHN DOE 1-10<br>Defendants. | : | C. A. No. 07-204ML |

**STIPULATION EXTENDING TIME**

Pursuant to Local Rule 29(b), Plaintiff Luis Santos and Defendant First Magnus Financial Corp. ("First Magnus") hereby stipulate and agree to an extension of thirty (30) days for First Magnus to answer or otherwise respond to the Complaint.

STIPULATED and AGREED TO:

LUIS SANTOS
Plaintiff
By his Attorney:

*/s/ John M. Verdecchia*
JOHN M. VERDECCHIA (#3374)
john@verdecchialaw.com
1206 Westminster Street
Providence, RI 02909
Tel: (401) 453-0700
Fax: (401) 454-5557

FIRST MAGNUS FINANCIAL CORP.
Defendant
By its Attorneys:

*/s/ Joseph Avanzato*
JOSEPH AVANZATO (#4774)
javanzato@apslaw.com
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903
Tel: (401) 274-7200
Fax: (401) 751-0604

Date: June 26, 2007

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 26th day of June 2007, I sent a true copy of the within Stipulation Extending Time by electronic means (ECF) to John M. Verdecchia, Esq., 1206 Westminster Street, Providence, RI 02909.

/s/ Joseph Avanzato

*421544_1*