**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **LUIS SANTOS** | : | |
| **Plaintiff** | : | |
| | : | |
| **v.** | : | **C. A. NO.: 07-204-ML** |
| | : | |
| **NOREAST MORTGAGE, INC.,** | : | |
| **FIRST MAGNUS FINANCIAL,** | : | |
| **HOMECOMINGS FINANCIAL,** | : | |
| **WASHINGTON MUTUAL,** | : | |
| **OPTION ONE MORTGAGE, PEOPLES** | : | |
| **CHOICE HOME LOAN INC.,** | : | |
| **FELIX BATISTA and PEDRO EVANGELISTA** | : | |
| **and JOHN DOE 1-10** | | |
| **Defendants** | | |

## MOTION FOR ENTRY OF DEFAULT

Now comes the Plaintiff in the above-entitled matter and respectfully requests that this Court enter default judgment against Defendant, Peoples Choice Home Loan, Inc. In support of this Motion, the Plaintiff relies on the attached Affidavit which is incorporated herein.

Respectfully submitted,
Plaintiff, Luis Santos,
By his Attorney

*/s/ John M. Verdecchia*

John M. Verdecchia, Esq., (#3374)
1206 Westminster Street
Providence, Rhode Island 02909
(401)453-0700
(401)454-5557 {fax}

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **LUIS SANTOS** | : | |
| **Plaintiff** | : | |
| | : | |
| **v.** | : | **C. A. NO.: 07-204-ML** |
| | : | |
| **NOREAST MORTGAGE, INC.,** | : | |
| **FIRST MAGNUS FINANCIAL,** | : | |
| **HOMECOMINGS FINANCIAL,** | : | |
| **WASHINGTON MUTUAL,** | : | |
| **OPTION ONE MORTGAGE, PEOPLES** | : | |
| **CHOICE HOME LOAN INC.,** | : | |
| **FELIX BATISTA and PEDRO EVANGELISTA** | : | |
| **and JOHN DOE 1-10** | | |
| **Defendants** | | |

**AFFIDAVIT**

The undersigned, being duly sworn, upon oath deposes and says:

That he is the attorney of record for the Plaintiff and has personal knowledge of the facts set forth in this affidavit;

That the Plaintiff on the 1st day of June, 2007, filed in this action a Complaint against the Defendants;

That examination of the courts files and records in this action shows that the Defendant, Peoples Choice Home Loan Inc. was duly served with a copy of the summons together with a copy of the Plaintiff's Complaint on June 6, 2007;

That more than 20 days have elapsed since service of the Summons and Complaint;

That the Defendant, Peoples Choice Home Loan Inc., has failed to plead or otherwise defend as to the Plaintiff's Complaint; and

That the affidavit is executed by affiant herein in accordance with Rule 55 of the Federal Court Rules of Civil Procedure, the purpose of enabling the Plaintiff to obtain an entry of default against the Defendant for failure to plead or otherwise defend as to the Plaintiff's Complaint.

*/s/ John M. Verdecchia*

AFFIANT

Sworn and subscribed to before me at Providence this 27th day of June, 2007.

*/s/ Tina Turcotte*

Notary Public
My Commission Expires: 9/13/09

**CERTIFICATION**

I hereby certify that on the 27th day of June, 2007, a true copy of the within documents was filed electronically (ECF) and will be sent to registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies to those indicated as non-registered participants.

*/s/ John M. Verdecchia*