**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

LUIS SANTOS,
Plaintiff,

v.

NOREAST MORTGAGE, INC., FIRST MAGNUS FINANCIAL, HOMECOMINGS FINANCIAL, WASHINGTON MUTUAL, OPTION ONE MORTGAGE, PEOPLES CHOICE HOME LOAN INC., FELIX BATISTA and PEDRO EVANGELISTA and JOHN DOE 1-10
Defendants.

Civil Action No. 07-204ML

**NOTICE OF APPEARANCE**

TO THE CLERK OF THE ABOVE NAMED COURT:

Please enter my appearance as attorney for Defendant, Homecomings Financial Network, LLC in the above-entitled case.

Respectfully submitted,
HOMECOMINGS FINANCIAL NETWORK, LLC

By its attorneys,

/s/ Brian S. Grossman

Brian S. Grossman (RI Bar No. 7308)
PRINCE, LOBEL, GLOVSKY & TYE LLP
100 Cambridge Street, Suite 2200
Boston, MA 02114
(617) 456-8184

Date: June 29, 2007

**Certificate of Service**

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on June, 29, 2007.

/s/ Brian S. Grossman