UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

LUIS SANTOS
Plaintiff,

vs. C.A. N0. 07-204ML

NOREAST MORTGAGE, INC.,
FIRST MAGNUS FINANCIAL,
HOMECOMINGS FINANCIAL,
WASHINGTON MUTUAL,
OPTION ONE MORTGAGE,
PEOPLES CHOICE HOME LOAN INC.,
FELIX BATISTA and PEDRO EVANGELISTA
and JOHN DOE 1-10,
Defendants.

**CLERK'S ENTRY OF DEFAULT**
**AS TO DEFENDANT PEOPLES CHOICE HOME LOAN, INC.**

It appearing from the records in this action that Summons has been served upon defendant Peoples Choice Home Loan, Inc., and it further appearing from the declaration of counsel for Plaintiff and other evidence as required by Rule 55(a) of the Federal Rules of Civil Procedure that defendant Peoples Choice Home Loan, Inc., has failed to plead or otherwise defend in this action as directed in said Summons and as provided in the Federal Rules of Civil Procedure:

Now, therefore, on request of Plaintiff's counsel, the DEFAULT of defendant Peoples Choice Home Loan, Inc., hereby is entered.

Enter:
D. Dufand
Deputy Clerk

DATED: July 3, 2007