UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| LUIS SANTOS,<br>Plaintiff,<br><br>v.<br><br>NOREAST MORTGAGE, INC., FIRST MAGNUS FINANCIAL, HOMECOMINGS FINANCIAL, WASHINGTON MUTUAL, OPTION ONE MORTGAGE, PEOPLES CHOICE HOME LOAN INC., FELIX BATISTA and PEDRO EVANGELISTA and JOHN DOE 1-10<br>Defendants. | Civil Action No. 07-204ML |

**ASSENTED TO MOTION FOR EXTENSION OF TIME**

Defendant, Homecomings Financial, LLC ("Homecomings") hereby respectfully requests that the Court extend the deadline for it to respond to the Complaint by plaintiff, Luis Santos from July 10, 2007 until July 16, 2007. The extension is needed for defense counsel to receive the underlying documents. It will not prejudice Luis Santos or significantly affect the pretrial schedule in this case. Luis Santos has assented to this motion.

HOMECOMINGS FINANCIAL, LLC
By its attorneys,

/s/ Brian S. Grossman

Brian S. Grossman, Esq. (R.I. Bar No. 7308)
PRINCE, LOBEL, GLOVSKY & TYE LLP
100 Cambridge Street, Suite 2200
Boston, MA 02114
Phone: (617) 456-8184
Fax: (617) 456-8100

Assented to by:

LUIS SANTOS

By his attorney,

/s/ John M. Verdecchia

John M. Verdecchia, Esq. (#3374)
1205 Westminster Street
Providence, RI 02909
(401) 453-0700
(401) 454-5557 (Fax)

Dated: July 9, 2007

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on July 9, 2007.

/s/ Brian S. Grossman
Brian S. Grossman