**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| LUIS SANTOS,<br>Plaintiff<br>v.<br><br>NOREAST MORTGAGE, INC.<br>FIRST MANGUS FINANCIAL,<br>HOMECOMINGS FINANCIAL, INC.<br>WASHINGTON MUTUAL,<br>OPTION ONE MORTGAGE, PEOPLES<br>CHOICE HOME LOAN INC.,<br>FELIX BATISTA and PEDRO<br>EVANGELISTA and JOHN DOE 1-10<br>Defendants | CIVIL ACTION NO.: 07-204ML |

**DEFENDANT, HOMECOMINGS FINANCIAL NETWORK, LLC'S**
**ANSWER AND AFFIRMATIVE DEFENSES**

Pursuant to Fed. R. Civ. P. 8, defendant, Homecomings Financial Network, LLC ("Homecomings") answers Plaintiff's Complaint as follows:

## I. PARTIES

1. Homecomings is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 1 of the Complaint.

2. Homecomings is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 2 of the Complaint.

3. Homecomings is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 3 of the Complaint.

4. Homecomings admits that it is a California corporation authorized to do business in the State of Rhode Island.

5. Homecomings is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 5 of the Complaint.

6. Homecomings is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 6 of the Complaint.

7. Homecomings is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 7 of the Complaint.

8. Homecomings is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 8 of the Complaint.

9. Homecomings is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 9 of the Complaint.

10. Homecomings is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 10 of the Complaint.

11. Homecomings admits that it has engaged in sub-prime lending. Homecomings is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations set forth in Paragraph 11 of the Complaint.

12. Homecomings is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 12 of the Complaint.

13. Homecomings denies the allegations of Paragraph 13 to the extent they refer to Homecomings. Homecomings is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations set forth in Paragraph 13 of the Complaint.

14. Homecomings denies the allegations of Paragraph 14 to the extent they refer to Homecomings. Homecomings is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations set forth in Paragraph 14 of the Complaint.

## II. JURISDICTION AND VENUE

15. Paragraph 15 consists of assertions of law, to which no response is required.

16. Paragraph 16 consists of assertions of law, to which no response is required.

## III. FACTS

17. Homecomings is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 17 of the Complaint.

18. Homecomings is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 18 of the Complaint.

19. Homecomings is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 19 of the Complaint.

20. Homecomings is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 20 of the Complaint.

21. Homecomings is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 21 of the Complaint.

22. Homecomings is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 22 of the Complaint.

23. Homecomings is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 23 of the Complaint.

24. Homecomings is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 24 of the Complaint.

25. Homecomings is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 25 of the Complaint.

26. Homecomings is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 26 of the Complaint.

27. Homecomings is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 27 of the Complaint.

28. Homecomings is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 28 of the Complaint.

29. Homecomings is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 29 of the Complaint.

30. Homecomings is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 30 of the Complaint.

31. Homecomings is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 31 of the Complaint.

32. Homecomings denies the allegations of Paragraph 32 to the extent they refer to Homecomings. To the extent that the allegations of Paragraph 32 are directed to other defendants, Homecomings is without knowledge or information sufficient to form a belief as to the truth of these allegations.

33. Homecomings is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 33 of the Complaint.

34. Homecomings is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 34 of the Complaint.

35. Homecomings is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 35 of the Complaint.

36. Homecomings denies the allegations of Paragraph 36 to the extent they refer to Homecomings. To the extent that the allegations of Paragraph 36 are directed to other defendants, Homecomings is without knowledge or information sufficient to form a belief as to the truth of these allegations.

37. Homecomings denies the allegations of Paragraph 37 to the extent they refer to Homecomings. To the extent that the allegations of Paragraph 37 are directed to other

defendants, Homecomings is without knowledge or information sufficient to form a belief as to the truth of these allegations.

38. Homecomings denies the allegations of Paragraph 38 to the extent they refer to Homecomings. To the extent that the allegations of Paragraph 38 are directed to other defendants, Homecomings is without knowledge or information sufficient to form a belief as to the truth of these allegations.

39. Homecomings denies the allegations of Paragraph 39 to the extent they refer to Homecomings. To the extent that the allegations of Paragraph 39 are directed to other defendants, Homecomings is without knowledge or information sufficient to form a belief as to the truth of these allegations.

40. Homecomings denies the allegations of Paragraph 40 to the extent they refer to Homecomings. To the extent that the allegations of Paragraph 40 are directed to other defendants, Homecomings is without knowledge or information sufficient to form a belief as to the truth of these allegations.

41. Homecomings denies the allegations of Paragraph 41 to the extent they refer to Homecomings. To the extent that the allegations of Paragraph 41 are directed to other defendants, Homecomings is without knowledge or information sufficient to form a belief as to the truth of these allegations.

42. Homecomings denies the allegations of Paragraph 42 to the extent they refer to Homecomings. To the extent that the allegations of Paragraph 42 are directed to other defendants, Homecomings is without knowledge or information sufficient to form a belief as to the truth of these allegations.

43. Homecomings is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 43 of the Complaint.

44. Homecomings denies the allegations of Paragraph 44 to the extent they refer to Homecomings. To the extent that the allegations of Paragraph 44 are directed to other defendants, Homecomings is without knowledge or information sufficient to form a belief as to the truth of these allegations.

45. Homecomings denies the allegations of Paragraph 45 to the extent they refer to Homecomings. To the extent that the allegations of Paragraph 45 are directed to other defendants, Homecomings is without knowledge or information sufficient to form a belief as to the truth of these allegations.

46. Homecomings denies the allegations of Paragraph 46 to the extent they refer to Homecomings. To the extent that the allegations of Paragraph 46 are directed to other defendants, Homecomings is without knowledge or information sufficient to form a belief as to the truth of these allegations.

47. Homecomings denies the allegations of Paragraph 47 to the extent they refer to Homecomings. To the extent that the allegations of Paragraph 47 are directed to other defendants, Homecomings is without knowledge or information sufficient to form a belief as to the truth of these allegations.

48. Homecomings denies the allegations of Paragraph 48 to the extent they refer to Homecomings. To the extent that the allegations of Paragraph 48 are directed to other defendants, Homecomings is without knowledge or information sufficient to form a belief as to the truth of these allegations.

49. Homecomings is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 49 of the Complaint.

50. Homecomings admits that it has engaged in sub-prime lending. To the extent that the allegations of Paragraph 50 are directed to other defendants, Homecomings is without knowledge or information sufficient to form a belief as to the truth of these allegations.

51. Homecomings denies that it engaged in predatory or abusive lending practices. To the extent that the allegations of Paragraph 51 are directed to other defendants, Homecomings is without knowledge or information sufficient to form a belief as to the truth of these allegations.

52. Homecomings denies the allegations of Paragraph 52 to the extent they refer to Homecomings. To the extent that the allegations of Paragraph 52 are directed to other defendants, Homecomings is without knowledge or information sufficient to form a belief as to the truth of these allegations.

53. Homecomings denies the allegations of Paragraph 53 to the extent they refer to Homecomings. To the extent that the allegations of Paragraph 53 are directed to other defendants, Homecomings is without knowledge or information sufficient to form a belief as to the truth of these allegations.

54. Homecomings is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 54 of the Complaint.

55. Homecomings denies the allegations set forth in Paragraph 55.

56. With respect to the first sentence of Paragraph 56, Homecomings is without knowledge or information sufficient to form a belief as to the truth of the allegation, and therefore denies it. Homecomings denies the remaining allegations of Paragraph 56 to the extent they refer to Homecomings. To the extent that the allegations of Paragraph 56 are directed to other defendants, Homecomings is without knowledge or information sufficient to form a belief as to the truth of these allegations.

**COUNT I**
**(TILA VIOLATION)**
**(PLAINTIFF AGAINST ALL DEFENDANTS)**

57. Homecomings repeats its responses to Paragraphs 1 to 56 of the Complaint as if fully set forth herein.

58. Homecomings denies the allegations of Paragraph 58 to the extent they refer to Homecomings. To the extent that the allegations of Paragraph 58 are directed to other defendants, Homecomings is without knowledge or information sufficient to form a belief as to the truth of these allegations.

59. Homecomings denies the allegations of Paragraph 59 to the extent they refer to Homecomings. To the extent that the allegations of Paragraph 59 are directed to other defendants, Homecomings is without knowledge or information sufficient to form a belief as to the truth of these allegations.

60. Homecomings denies the allegations of Paragraph 60 to the extent they refer to Homecomings. To the extent that the allegations of Paragraph 60 are directed to other defendants, Homecomings is without knowledge or information sufficient to form a belief as to the truth of these allegations.

61. Homecomings denies the allegations of Paragraph 61 to the extent they refer to Homecomings. To the extent that the allegations of Paragraph 61 are directed to other defendants, Homecomings is without knowledge or information sufficient to form a belief as to the truth of these allegations.

**COUNT II**
**(VIOLATION OF HOME OWNERSHIP AND EQUITY PROTECTION ACT OF 1994) ("HOEPA")**
**(PLAINTIFF AGAINST ALL DEFENDANTS)**

62. Homecomings repeats its responses to Paragraphs 1 to 61 of the Complaint as if fully set forth herein.

63. Paragraph 63 sets forth a legal conclusion to which no response is required. To the extent a response is required, Homecomings denies the allegations of Paragraph 63 to the extent they refer to Homecomings. To the extent that the allegations of Paragraph 63 are directed to other defendants, Homecomings is without knowledge or information sufficient to form a belief as to the truth of these allegations.

64. Paragraph 64 sets forth a legal conclusion to which no response is required. To the extent a response is required, Homecomings denies the allegations of Paragraph 64 to the extent they refer to Homecomings. To the extent that the allegations of Paragraph 64 are directed to other defendants, Homecomings is without knowledge or information sufficient to form a belief as to the truth of these allegations.

65. Paragraph 65 sets forth a legal conclusion to which no response is required. To the extent a response is required, Homecomings denies the allegations of Paragraph 65 to the extent they refer to Homecomings. To the extent that the allegations of Paragraph 65 are directed to other defendants, Homecomings is without knowledge or information sufficient to form a belief as to the truth of these allegations.

66. Paragraph 66 sets forth a legal conclusion to which no response is required. To the extent a response is required, Homecomings denies the allegations of Paragraph 66 to the extent they refer to Homecomings. To the extent that the allegations of Paragraph 66 are directed to other defendants, Homecomings is without knowledge or information sufficient to form a belief as to the truth of these allegations.

## COUNT III
## RESPA VIOLATIONS
## (PLAINTIFF AGAINST ALL DEFENDANTS)

67. Homecomings repeats its responses to Paragraphs 1 to 66 of the Complaint as if fully set forth herein.

68. Homecomings denies the allegations of Paragraph 68 to the extent they refer to Homecomings. To the extent that the allegations of Paragraph 68 are directed to other defendants, Homecomings is without knowledge or information sufficient to form a belief as to the truth of these allegations.

69. Homecomings denies the allegations of Paragraph 69 to the extent they refer to Homecomings. To the extent that the allegations of Paragraph 69 are directed to other defendants, Homecomings is without knowledge or information sufficient to form a belief as to the truth of these allegations.

70. Paragraph 70 sets forth a legal conclusion to which no response is required. To the extent a response is required, Homecomings denies the allegations of Paragraph 70 to the extent they refer to Homecomings. To the extent that the allegations of Paragraph 70 are directed to other defendants, Homecomings is without knowledge or information sufficient to form a belief as to the truth of these allegations.

71. Paragraph 71 sets forth a legal conclusion to which no response is required. To the extent a response is required, Homecomings denies the allegations of Paragraph 71 to the extent they refer to Homecomings. To the extent that the allegations of Paragraph 71 are directed to other defendants, Homecomings is without knowledge or information sufficient to form a belief as to the truth of these allegations.

72. Paragraph 72 sets forth a legal conclusion to which no response is required. To the extent a response is required, Homecomings denies the allegations of Paragraph 72 to the extent they refer to Homecomings. To the extent that the allegations of Paragraph 73 are directed to other defendants, Homecomings is without knowledge or information sufficient to form a belief as to the truth of these allegations.

73. Homecomings denies the allegations of Paragraph 73 to the extent they refer to Homecomings. To the extent that the allegations of Paragraph 73 are directed to other defendants, Homecomings is without knowledge or information sufficient to form a belief as to the truth of these allegations.

**COUNT IV**
**VIOLATION OF THE FEDERAL TRADE COMMISSION ACT (FTC ACT)**
**(PLAINTIFF AGAINST ALL DEFENDANTS)**

74. Homecomings repeats its responses to Paragraphs 1 to 73 of the Complaint as if fully set forth herein.

75. Paragraph 75 sets forth a legal conclusion to which no response is required. To the extent a response is required, Homecomings denies the allegations of Paragraph 75 to the extent they refer to Homecomings. To the extent that the allegations of Paragraph 75 are directed to other defendants, Homecomings is without knowledge or information sufficient to form a belief as to the truth of these allegations.

76. Paragraph 76 sets forth a legal conclusion to which no response is required. To the extent a response is required, Homecomings denies the allegations of Paragraph 76 to the extent they refer to Homecomings. To the extent that the allegations of Paragraph 76 are directed to other defendants, Homecomings is without knowledge or information sufficient to form a belief as to the truth of these allegations.

77. Homecomings is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 77 of the Complaint.

78. Homecomings denies the allegations of Paragraph 78 to the extent they refer to Homecomings. To the extent that the allegations of Paragraph 78 are directed to other defendants, Homecomings is without knowledge or information sufficient to form a belief as to the truth of these allegations.

**COUNT V**
**(EQUAL CREDIT OPPORTUNITY ACT**
**(PLAINTIFF AGAINST ALL DEFENDANTS)**

79. Homecomings repeats its responses to Paragraphs 1 to 78 of the Complaint as if fully set forth herein.

80. Paragraph 80 sets forth a legal conclusion to which no response is required. To the extent a response is required, Homecomings denies the allegations of Paragraph 80 to the extent they refer to Homecomings. To the extent that the allegations of Paragraph 80 are directed to other defendants, Homecomings is without knowledge or information sufficient to form a belief as to the truth of these allegations.

81. Paragraph 81 sets forth a legal conclusion to which no response is required. To the extent a response is required, Homecomings denies the allegations of Paragraph 81 to the extent they refer to Homecomings. To the extent that the allegations of Paragraph 81 are directed to other defendants, Homecomings is without knowledge or information sufficient to form a belief as to the truth of these allegations.

82. Homecomings denies the allegations of Paragraph 82 to the extent they refer to Homecomings. To the extent that the allegations of Paragraph 82 are directed to other defendants, Homecomings is without knowledge or information sufficient to form a belief as to the truth of these allegations.

83. Homecomings is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 83 of the Complaint.

**COUNT VI**
**FRAUD**
**(PLAINTIFF AGAINST ALL DEFENDANTS)**

84. Homecomings repeats its responses to Paragraphs 1 to 83 of the Complaint as if fully set forth herein.

85. Homecomings denies the allegations of Paragraph 85 to the extent they refer to Homecomings. To the extent that the allegations of Paragraph 85 are directed to other defendants, Homecomings is without knowledge or information sufficient to form a belief as to the truth of these allegations.

86. Homecomings denies the allegations of Paragraph 86 to the extent they refer to Homecomings. To the extent that the allegations of Paragraph 86 are directed to other defendants, Homecomings is without knowledge or information sufficient to form a belief as to the truth of these allegations.

87. Homecomings denies the allegations of Paragraph 87 to the extent they refer to Homecomings. To the extent that the allegations of Paragraph 87 are directed to other defendants, Homecomings is without knowledge or information sufficient to form a belief as to the truth of these allegations.

88. Homecomings denies the allegations of Paragraph 88 to the extent they refer to Homecomings. To the extent that the allegations of Paragraph 88 are directed to other defendants, Homecomings is without knowledge or information sufficient to form a belief as to the truth of these allegations.

89. Homecomings denies the allegations of Paragraph 89 to the extent they refer to Homecomings. To the extent that the allegations of Paragraph 89 are directed to other defendants, Homecomings is without knowledge or information sufficient to form a belief as to the truth of these allegations.

90. Homecomings denies the allegations of Paragraph 90 to the extent they refer to Homecomings. To the extent that the allegations of Paragraph 90 are directed to other defendants, Homecomings is without knowledge or information sufficient to form a belief as to the truth of these allegations.

91. Homecomings denies the allegations of Paragraph 91 to the extent they refer to Homecomings. To the extent that the allegations of Paragraph 91 are directed to other defendants, Homecomings is without knowledge or information sufficient to form a belief as to the truth of these allegations.

92. Homecomings denies the allegations of Paragraph 92 to the extent they refer to Homecomings. To the extent that the allegations of Paragraph 92 are directed to other defendants, Homecomings is without knowledge or information sufficient to form a belief as to the truth of these allegations.

93. Homecomings denies the allegations of Paragraph 93 to the extent they refer to Homecomings. To the extent that the allegations of Paragraph 93 are directed to other defendants, Homecomings is without knowledge or information sufficient to form a belief as to the truth of these allegations.

**COUNT VII**
**BREACH OF CONTRACT**
**(PLAINTIFF V. DEFENDANTS FIRST MAGNUS, HOMECOMINGS FINANCIAL, WASHINGTON MUTUAL, OPTION ONE MORTGAGE AND PEOPLE'S CHOICE HOME INC.)**

94. Homecomings repeats its responses to Paragraph 1 to 93 of the Complaint as if fully set forth herein.

95. Homecomings denies the allegations of Paragraph 95 to the extent they refer to Homecomings and states further that Homecomings was not a party to any note or mortgage agreement with the plaintiff. To the extent that the allegations of Paragraph 95 are directed to other defendants, Homecomings is without knowledge or information sufficient to form a belief as to the truth of these allegations.

96. Homecomings denies the allegations of Paragraph 96 to the extent they refer to Homecomings and states further that Homecomings was not a party to any note or mortgage agreement with the plaintiff. To the extent that the allegations of Paragraph 96 are directed to other defendants, Homecomings is without knowledge or information sufficient to form a belief as to the truth of these allegations.

97. Homecomings denies the allegations of Paragraph 97 to the extent they refer to Homecomings and states further that Homecomings was not a party to any note or mortgage agreement with the plaintiff. To the extent that the allegations of Paragraph 97 are directed to other defendants, Homecomings is without knowledge or information sufficient to form a belief as to the truth of these allegations.

98. Homecomings denies the allegations of Paragraph 98 to the extent they refer to Homecomings and states further that Homecomings was not a party to any note or mortgage agreement with the plaintiff. To the extent that the allegations of Paragraph 98 are directed to other defendants, Homecomings is without knowledge or information sufficient to form a belief as to the truth of these allegations.

99. Homecomings denies the allegations of Paragraph 99 to the extent they refer to Homecomings and states further that Homecomings was not a party to any note or mortgage agreement with the plaintiff. To the extent that the allegations of Paragraph 99 are directed to other defendants, Homecomings is without knowledge or information sufficient to form a belief as to the truth of these allegations.

100. Homecomings denies the allegations of Paragraph 100 to the extent they refer to Homecomings. To the extent that the allegations of Paragraph 100 are directed to other defendants, Homecomings is without knowledge or information sufficient to form a belief as to the truth of these allegations.

101. Homecomings denies the allegations of Paragraph 101 to the extent they refer to Homecomings. To the extent that the allegations of Paragraph 101 are directed to other defendants, Homecomings is without knowledge or information sufficient to form a belief as to the truth of these allegations.

102. Homecomings denies the allegations of Paragraph 102 to the extent they refer to Homecomings. To the extent that the allegations of Paragraph 102 are directed to other defendants, Homecomings is without knowledge or information sufficient to form a belief as to the truth of these allegations.

103. Homecomings denies the allegations of Paragraph 103 to the extent they refer to Homecomings. To the extent that the allegations of Paragraph 103 are directed to other defendants, Homecomings is without knowledge or information sufficient to form a belief as to the truth of these allegations.

104. Homecomings denies the allegations of Paragraph 104 to the extent they refer to Homecomings. To the extent that the allegations of Paragraph 104 are directed to other defendants, Homecomings is without knowledge or information sufficient to form a belief as to the truth of these allegations.

105. Homecomings denies the allegations of Paragraph 105 to the extent they refer to Homecomings. To the extent that the allegations of Paragraph 105 are directed to other defendants, Homecomings is without knowledge or information sufficient to form a belief as to the truth of these allegations.

106. Homecomings denies the allegations of Paragraph 106 to the extent they refer to Homecomings. To the extent that the allegations of Paragraph 106 are directed to other defendants, Homecomings is without knowledge or information sufficient to form a belief as to the truth of these allegations.

107. Homecomings denies the allegations of Paragraph 107 to the extent they refer to Homecomings. To the extent that the allegations of Paragraph 107 are directed to other defendants, Homecomings is without knowledge or information sufficient to form a belief as to the truth of these allegations.

**COUNT VIII**
**BREACH OF CONTRACT**
**(PLAINTIFF V. DEFENDANT NOREAST MORTGAGE INC.)**

108. Homecomings repeats its responses to Paragraph 1 to 107 of the Complaint as if fully set forth herein.

109. Homecomings is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 109 of the Complaint.

110. Homecomings is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 110 of the Complaint.

111. Homecomings is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 111 of the Complaint.

112. Homecomings is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 112 of the Complaint.

113. Homecomings is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 113 of the Complaint.

114. Homecomings is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 114 of the Complaint.

115. Homecomings is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 115 of the Complaint.

116. Homecomings is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 116 of the Complaint.

117. Homecomings is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 117 of the Complaint.

118. Homecomings is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 118 of the Complaint.

**COUNT IX**
**BREACH OF FIDUCIARY DUTY**
**(PLAINTIFF V. DEFENDANT NOREAST MORTGAGE INC.,**
**PEDRO EVANGELISTA AND FELIX BATISTA)**
**AFFIRMATIVE DEFENSES**

119. Homecomings repeats its responses to Paragraph 1 to 118 of the Complaint as if fully set forth herein.

120. Homecomings is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 120 of the Complaint.

121. Homecomings is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 121 of the Complaint.

122. Homecomings is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 122 of the Complaint.

123. Homecomings is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 123 of the Complaint.

124. Homecomings is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 124 of the Complaint.

**First Affirmative Defense**

Plaintiff's Complaint fails, in whole or in part, to state a claim upon which relief can be granted.

**Second Affirmative Defense**

Plaintiff's Complaint fails because the damages alleged by plaintiff were not caused by any act or omission by Homecomings.

**Third Affirmative Defense**

Plaintiff's claims are barred by the applicable statute of limitations.

**Fourth Affirmative Defense**

Homecomings did not extend credit to plaintiff, and with respect to the transactions that form the basis of plaintiff's Complaint, Homecomings did not act as a "creditor" as defined by the Truth in Lending Act (15 U.S.C. §1601).

**Fifth Affirmative Defense**

With respect to the transactions that form the basis of plaintiff's Complaint, Homecomings did not act as a "creditor" as defined by Regulation Z issued by the Board of Governors of the Federal Reserve Board.

**Sixth Affirmative Defense**

With respect to the transactions that form the basis of plaintiff's Complaint, Homecomings did not act as a "creditor" as defined in the Home Ownership and Equity Protection Act of 1994 (15 U.S.C.§ 1639).

**Seventh Affirmative Defense**

With respect to the transactions that form the basis of plaintiff's Complaint, Homecomings did not act as a "creditor" as defined by the Equal Credit Opportunity Act (15 U.S.C. § 1691).

**Eighth Affirmative Defense**

Homecomings did not engage in unfair and deceptive trade practices in violation of the Federal Trade Commission Act.

**Ninth Affirmative Defense**

Homecomings did not engage in fraud.

**Tenth Affirmative Defense**

Homecomings met its obligations in its capacity as a loan servicer under RESPA (12 USC § 2605).

**Eleventh Affirmative Defense**

Homecomings did not engage in loan flipping and/or equity stripping or other predatory or abusive lending practices, nor did it engage in any fraud nor did it make false representations to the plaintiff.

Respectfully submitted,
HOMECOMINGS FINANCIAL NETWORK, LLC

By its attorney,

/s/ Brian S. Grossman

Brian S. Grossman (RI Bar No. 7308)
PRINCE, LOBEL, GLOVSKY & TYE LLP
100 Cambridge Street, Suite 2200
Boston, MA 02114
(617) 456-8184

Date: July 16, 2007

**CERTIFICATE OF SERVICE**

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on July 16, 2007.

/s/ Brian S. Grossman
Brian S. Grossman, Esq.