UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| LUIS SANTOS<br><br>Plaintiff,<br><br>v.<br><br>NOREAST MORTGAGE, INC.; FIRST MAGNUS FINANCIAL; WASHINGTON MUTUAL; OPTION ONE MORTGAGE; PEOPLES CHOICE HOME LOAN, INC.; FELIX BATISTA; PEDRO EVANGELISTA; and JOHN DOE 1-10<br><br>Defendants. | : | C.A. No. 07-204-ML |

**ENTRY OF APPEARANCE**

Stephen J. Reid, Jr., Karen A. Pelczarski, and Mary C. Dunn of the law firm of Blish & Cavanagh, LLP, hereby enter appearance on behalf of defendant Noreast Mortgage, Inc.

NOREAST MORTGAGE, INC.

By its Attorneys,

/s/ Stephen J. Reid, Jr.

Stephen J. Reid, Jr. (#2811)
Blish & Cavanagh, LLP
30 Exchange Terrace
Providence, RI 02903
(401) 831-8900
(401) 751-7542 (Fax)
sjr@blishcavlaw.com

/s/ Karen A. Pelczarski
Karen A. Pelczarski (#3357)
Blish & Cavanagh, LLP
30 Exchange Terrace
Providence, RI 02903
(401) 831-8900
(401) 751-7542 (Fax)
kap@blishcavlaw.com

/s/ Mary C. Dunn
Mary C. Dunn (#6712)
Blish & Cavanagh, LLP
30 Exchange Terrace
Providence, RI 02903
(401) 831-8900
(401) 751-7542 (Fax)
mcd@blishcavlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on July 18, 2007.

/s/ Karen A. Pelczarski
Karen A. Pelczarski