UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

LUIS SANTOS

vs. CA 07-204ML

NOREAST MORTGAGE, INC.

ORDER

I hereby recuse myself from participation in the above-referenced matter.

BY ORDER:

Mary M. Lisi
Mary M. Lisi
Chief U.S. District Judge
July 19, 2007

Entered as an Order of this Court on July 20, 2007.

Barbara Barletta
Deputy Clerk