UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

LUIS SANTOS
Plaintiff(s)

v.

Dkt. No. 07-204ML

FIRST MAGNUS FINANCIAL CORP., ET AL.
Defendant(s)

## MOTION FOR ADMISSION PRO HAC VICE

~~Plaintiff~~/Defendant FIRST MAGNUS FINANCIAL CORP. hereby moves that MATTHEW P. PREVIN, ESQ. be admitted PRO HAC VICE in the above case as counsel with local counsel identified below.

FIRST MAGNUS FINANCIAL CORP.
(~~Plaintiff~~/Defendant)

By: JOSEPH AVANZATO
Bar ID No.: 4774
ADLER POLLOCK & SHEEHAN PC
Address: ONE CITIZENS PLAZA, 8TH FLOOR
PROVIDENCE, RI 02903

DATED: 7/20/07

## ATTORNEY'S CERTIFICATION FOR PRO HAC VICE ADMISSION

I hereby certify as follows:

(1) I am a member in good standing of the bar of the State(s) of SEE ATTACHED ______ and of the following Federal District Court and/or Court of Appeals Bar(s) ______, and my eligibility to practice before those courts has not been restricted in any way.

(2) I have never been disciplined or sanctioned by any court or other body having disciplinary authority over attorneys; there are no disciplinary proceedings pending against me at this time; and I have never had my *pro hac vice* status revoked by any court. ( If applicant has been sanctioned, disciplined or had any *pro hac vice* status revoked, please provide a full explanation.)

(3) I have never been convicted of any crime other than minor traffic offenses. (If applicant has been convicted, please provide full explanation.)

(4) Except as listed below, I have not been admitted or applied to be admitted *pro hac vice* in any case in this District during the past 12 months. (If you have appeared or applied for *pro hac vice* admission during the past 12 months, please provide the date(s), case name(s) and name(s) of the judge(s) who presided).

Form 1 (cont'd)

(5) I understand my obligation to notify this Court immediately of any changed circumstances that affect my answers to the preceding questions.

(6) I have read, acknowledge, and agree to observe and to be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

(7) For purposes of this case I have associated with local counsel identified below, and have read, acknowledge, and will observe the requirements of this Court respecting the participation of local counsel, as set out in LR Gen 204, recognizing that failure to do so may result in my being disqualified, either upon the Court's motion or motion of other parties in the case.

[signature]

Signature of *Pro Hac Vice* Applicant

MATTHEW P. PREVIN 460228 (D.C. Ct. App.)

Print Name State Bar ID #

BUCKLEY KOLAR LLP

Firm Name

1250 24TH STREET NW., SUITE 700

Business Address

WASHINGTON, DC 20037

(202) 349-8000 (202) 349-8080

Tel. # Fax #

I certify that I have read and join in the foregoing motion, and acknowledge and agree to observe the requirements of LR Gen 204 in its entirety and as it relates to the participation and responsibilities of local counsel.

/s/ Joseph Avanzato

Signature of Local Counsel

JOSEPH AVANZATO 4774

Print Name R.I. Bar ID #

ADLER POLLOCK & SHEEHAN PC

Firm and Business Address

ONE CITIZENS PLAZA, 8TH FLOOR

PROVIDENCE, RI 02903

Tel. # 401-274-7200 Fax # (401) 351-4607

7/20/07

**ORDER**

This motion is hereby ______________________________

______________________________

District Judge

Date:

Matthew P. Previn, Esq.

| COURT/BAR | NUMBER | DATE ADMITTED |
|---|---|---|
| NY App. Div. of the Supreme Ct | N/A | 09/23/1997 |
| DC Court of Appeals | 460228 | 10/05/1998 |
| DC Circuit Court of Appeals | N/A | 01/27/1999 |
| Sixth Circuit Court of Appeals | N/A | 01/05/1999 |
| D.D.C. | 460228 | 01/04/1999 |
| S.D.N.Y. | MP2173 | 05/02/2000 |
| E.D.N.Y. | MP2173 | 08/07/2000 |
| D. Md. | 16786 | 06/05/2006 |

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 20, 2007, I sent a true copy of the within Motion for Admission Pro Hac Vice by electronic means (ECF) to the following:

Patricia A. Buckley, Esq.
pbuckley@ckmlaw.com
One Turks Head Plaza, Suite 400
Providence, RI 02903

Mary C. Dunn, Esq.
mcd@blishcavlaw.com
Karen Ann Pelczarski
kap@blishcavlaw.com
Stephen J. Reid, Jr.
sjr@blishcavlaw.com
Blish & Cavanagh, LLP
30 Exchange Terrace
Providence, RI 02903

Brian S. Grossman, Esq.
bgrossman@plgt.com
Prince Lobel Glovsky & Tye LLP
100 Cambridge Street, Suite 2200
Boston, MA 02114

John A. Houlihan, Esq.
jhoulihan@eapdlaw.com
Raymond M. Rippple
rripple@eapdlaw.com, jenos@eapdlaw.com
Edward Angell Palmer & Dodge LLP
2800 Financial Plaza,
Providence, RI 02903

John M. Verdecchia, Esq.
john@verdecchialaw.com
1206 Westminster Street
Providence, RI 02909

*/s/ Joseph Avanzato*

*423816_1.doc*