UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| LUIS SANTOS<br><br>Plaintiff,<br><br>v.<br><br>NOREAST MORTGAGE, INC.; FIRST MAGNUS FINANCIAL; WASHINGTON MUTUAL; OPTION ONE MORTGAGE; PEOPLES CHOICE HOME LOAN, INC.; FELIX BATISTA; PEDRO EVANGELISTA; and JOHN DOE 1-10<br><br>Defendants. | C.A. No. 07-204-ML |

**STIPULATION**

Defendant and Crossclaimant Option One Mortgage Corporation ("Option One") and Defendant Noreast Mortgage, Inc. ("Noreast Mortgage") hereby stipulate and agree that Noreast Mortgage may have an extension of time up to and including August 27, 2007 to answer or otherwise respond to the Crossclaim of Option One Against Noreast Mortgage.

OPTION ONE MORTGAGE CORPORATION

By its attorneys,

/s/ Patricia A. Buckley
Patricia A. Buckley (#2987)
1206 Westminster Street
Providence, RI 02909
(401) 453-0700
(401) 454-5557 (Fax)
pbuckley@ckmlaw.com

NOREAST MORTGAGE, INC.

By its attorneys,

/s/ Karen A. Pelczarski
Karen A. Pelczarski (#3357)
Blish & Cavanagh, LLP
30 Exchange Terrace
Providence, RI 02903
(401) 831-8900
(401) 751-7542 (Fax)
kap@blishcavlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on July 23, 2007.

/s/ Karen A. Pelczarski
Karen A. Pelczarski