UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| LUIS SANTOS<br>Plaintiff | : | |
| v. | : | C. A. No. 07-204S |
| NOREAST MORTGAGE, INC., FIRST MAGNUS FINANCIAL, HOMECOMINGS FINANCIAL, WASHINGTON MUTUAL, OPTION ONE MORTGAGE, PEOPLES CHOICE HOME LOAN INC., FELIX BATISTA, PEDRO EVANGELISTA and JOHN DOE 1-10<br>Defendants. | : | |

**ASSENTED TO MOTION FOR EXTENSION OF TIME**

Defendant, First Magnus Financial, hereby respectfully requests that the Court extend the deadline for it to respond to the Complaint by plaintiff, Luis Santos until August 27, 2007. The extension is needed for defense counsel to investigate and respond to the Complaint. It will not prejudice Luis Santos or affect the pretrial schedule in this case. Plaintiff Luis Santos has assented to this motion.

FIRST MAGNUS FINANCIAL CORP.
Defendant
By its Attorneys:

*/s/ Joseph Avanzato*
JOSEPH AVANZATO (#4774)
javanzato@apslaw.com
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903
Tel: (401) 274-7200
Fax: (401) 751-0604

Assented to by:

LUIS SANTOS

By his attorney,

*/s/John M. Verdecchia*
John M. Verdecchia, Esq. (#3374)
1205 Westminster Street
Providence, RI 02909
(401) 453-0700
(401) 454-5557

Dated: July 24, 2007

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 24, 2007, I sent a true copy of the within Assented to Motion for Extension of Time by electronic means (ECF) to the following:

Patricia A. Buckley, Esq.
pbuckley@ckmlaw.com
One Turks Head Plaza, Suite 400
Providence, RI 02903

Mary C. Dunn, Esq.
mcd@blishcavlaw.com
Karen Ann Pelczarski
kap@blishcavlaw.com
Stephen J. Reid, Jr.
sjr@blishcavlaw.com
Blish & Cavanagh, LLP
30 Exchange Terrace
Providence, RI 02903

Brian S. Grossman, Esq.
bgrossman@plgt.com
Prince Lobel Glovsky & Tye LLP
100 Cambridge Street, Suite 2200
Boston, MA 02114

John A. Houlihan, Esq.
jhoulihan@eapdlaw.com
Raymond M. Rippple
rripple@eapdlaw.com, jenos@eapdlaw.com
Edward Angell Palmer & Dodge LLP
2800 Financial Plaza,
Providence, RI 02903

John M. Verdecchia, Esq.
john@verdecchialaw.com
1206 Westminster Street
Providence, RI 02909

*/s/ Joseph Avanzato*

424148_1.doc