UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| LUIS SANTOS | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 07-204-S |
| | ) | |
| NOREAST MORTGAGE, INC.; FIRST MAGNUS FINANCIAL; HOMECOMINGS FINANCIAL; WASHINGTON MUTUAL; OPTION ONE MORTGAGE; PEOPLES CHOICE HOME LOAN, INC.; FELIX BATISTA; PEDRO EVANGELISTA; and JOHN DOE 1-10 | ) | |
| | ) | |
| Defendants. | ) | |

**CORPORATE DISCLOSURE STATEMENT OF DEFENDANT WASHINGTON MUTUAL BANK**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Defendant Washington Mutual Bank certify that Washington Mutual, Inc., a publicly-held corporation, is the ultimate parent corporation of Washington Mutual Bank.

Dated at Providence, Rhode Island, this 26th day of July, 2007.

WASHINGTON MUTUAL

By its Attorneys,

/s/ John A. Houlihan
/s/ Raymond M. Ripple
John A. Houlihan (#2601)
EDWARDS ANGELL PALMER & DODGE LLP
111 Huntington Avenue
Boston, MA 02199
(617) 239-0100
(617) 227-4420 (Fax)
jhoulihan@eapdlaw.com

Raymond M. Ripple (#6489)
EDWARDS ANGELL PALMER & DODGE LLP
2800 Financial Plaza
Providence, RI 02903
(401) 274-9200
(401) 276-6611 (Fax)
rripple@eapdlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on July 26, 2007.

/s/ Raymond M. Ripple
Raymond M. Ripple