UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| LUIS SANTOS,<br><br>Plaintiff,<br><br>v.<br><br>NOREAST MORTGAGE CORP., FIRST MAGNUS FINANCIAL, HOMECOMINGS FINANCIAL, WASHINGTON MUTUAL, OPTION ONE MORTGAGE, PEOPLE'S CHOICE HOME LOAN, INC., FELIX BATISTA, PEDRO EVANGELISTA, And JOHN DOES 1 – 10<br><br>Defendants. | ) | C.A. No. 07-204-S |

**ANSWER**

Defendant Washington Mutual ("Washington Mutual") responds to the Complaint filed by plaintiff Luis Santos ("Plaintiff") as follows:

**As To The Allegations Concerning Parties:**

1. Washington Mutual lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 1 of the Complaint.

2. Washington Mutual lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 2 of the Complaint.

3. Washington Mutual lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 3 of the Complaint.

4. Washington Mutual lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 4 of the Complaint.

5. Washington Mutual admits that it is a federally chartered savings association with its principal place of business in the State of Nevada and a place of business in the State of

Washington. Washington Mutual further admits that it is licensed and authorized to do business in the State of Rhode Island and that it makes consumer loans as a regular part of its business. The remaining allegations in paragraph 5 of the Complaint are legal conclusions to which no response is required.

6. Washington Mutual lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 6 of the Complaint.

7. Washington Mutual lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 7 of the Complaint.

8. Washington Mutual lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 8 of the Complaint.

9. Washington Mutual lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 9 of the Complaint.

10. Washington Mutual lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 10 of the Complaint.

11. Washington Mutual admits that it is engaged in the business of mortgage lending and the servicing of mortgage loans, including but not limited to the sub-prime and Alt-A segments of the market. Washington Mutual lacks knowledge or information sufficient to form a belief as to the truth of all other allegations contained in paragraph 11 on the Complaint.

12. Washington Mutual lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 12 of the Complaint.

13. The allegations in paragraph 13 of the Plaintiff's Complaint are legal conclusions to which no response is required. To the extent that a response to the allegations in paragraph 13 is required, Washington Mutual denies the allegations in paragraph 13 of the Complaint.

14. The allegations in paragraph 14 of the Plaintiff's Complaint are legal conclusions to which no response is required. To the extent that a response to the allegations in paragraph 14 is required, Washington Mutual admits that as a corporate entity it acts through its directors, officers, employees and agents but denies that any of the other defendants are agents, officers, directors, servants or employees of Washington Mutual. Washington Mutual lacks knowledge or information sufficient to form a belief as to the truth of all other allegations contained in paragraph 14 of the Complaint.

**As To The Allegations Concerning Jurisdiction:**

15. Washington Mutual does not contest jurisdiction.

16. Washington Mutual admits that venue lies in this judicial district but lacks knowledge or information sufficient to form a belief as to the truth of all other allegations contained in paragraph 16 of the Complaint.

**As to the Allegations Concerning Facts:**

17. Washington Mutual lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 17 of the Complaint.

18. Washington Mutual lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 18 of the Complaint.

19. Washington Mutual lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 19 of the Complaint.

20. Washington Mutual lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 20 of the Complaint.

21. Washington Mutual lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 21 of the Complaint.

22. Washington Mutual lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 22 of the Complaint.

23. Washington Mutual lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 23 of the Complaint.

24. Washington Mutual lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 24 of the Complaint.

25. Washington Mutual admits that defendant Noreast Mortgage performed services for the loan application relating to the Plaintiff's purchase of 65 Florence Street in Providence, Rhode Island. Washington Mutual lacks knowledge or information sufficient to form a belief as to the truth of all other allegations contained in paragraph 25 of the Complaint.

26. Washington Mutual lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 26 of the Complaint.

27. Washington Mutual lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 27 of the Complaint.

28. Washington Mutual admits that on or about February 17, 2005, Plaintiff closed on the purchase of property located at 65 Florence Street in Providence, Rhode Island. Washington Mutual further admits that the settlement statement for that transaction indicates that Plaintiff borrowed the sum of $345,000, and paid $19,587.78 in settlement charges. Washington Mutual lacks knowledge or information sufficient to form a belief as to the truth of all other allegations in paragraph 28 of the Complaint.

29. Washington Mutual admits that the loan servicer for the mortgage for the property located at 65 Florence Street was defendant First Magnus. Washington Mutual denies all other allegations contained in paragraph 29 of the Complaint.

30. Washington Mutual lacks knowledge or information sufficient to form a belief as to the allegations in paragraph 30 of the Complaint.

31. Washington Mutual lacks knowledge or information sufficient to form a belief as to the allegations in paragraph 31 of the Complaint.

32. Washington Mutual denies the allegations contained in paragraph 32 of the Complaint.

33. Washington Mutual denies the allegations contained in paragraph 33 of the Complaint.

34. Washington Mutual denies the allegations contained in paragraph 34 of the Complaint.

35. Washington Mutual lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 35 of the Complaint.

36. Washington Mutual lacks knowledge or information sufficient to form a belief as to what the Plaintiff contends and denies all other allegations contained in paragraph 36 of the Complaint.

37. Washington Mutual lacks knowledge or information sufficient to form a belief as to what the Plaintiff contends and denies all other allegations contained in paragraph 37 of the Complaint.

38. Washington Mutual lacks knowledge or information sufficient to form a belief as to what the Plaintiff contends and denies all other allegations contained in paragraph 38 of the Complaint.

39. Washington Mutual lacks knowledge or information sufficient to form a belief as to what the Plaintiff contends and denies all other allegations contained in paragraph 39 of the Complaint.

40. Washington Mutual lacks knowledge or information sufficient to form a belief as to what the Plaintiff contends and denies all other allegations contained in paragraph 40 of the Complaint.

41. Washington Mutual lacks knowledge or information sufficient to form a belief as to what the Plaintiff contends, and denies all other allegations contained in paragraph 41 of the Complaint.

42. Washington Mutual lacks knowledge or information sufficient to form a belief as to what the Plaintiff believes and denies all other allegations contained in paragraph 42 of the Complaint.

43. Washington Mutual denies the allegations contained in paragraph 43 of the Complaint.

44. Washington Mutual lacks knowledge or information sufficient to form a belief as to what the Plaintiff contends and denies all other allegations contained in paragraph 44 of the Complaint.

45. Washington Mutual lacks knowledge or information sufficient to form a belief as to what the Plaintiff contends and denies all other allegations contained in paragraph 45 of the Complaint.

46. Washington Mutual lacks knowledge or information sufficient to form a belief as to what the Plaintiff contends and denies all other allegations contained in paragraph 46 of the Complaint.

47. Washington Mutual lacks knowledge or information sufficient to form a belief as to what the Plaintiff contends and denies all other allegations contained in paragraph 47 of the Complaint.

48. Washington Mutual lacks knowledge or information sufficient to form a belief as to what the Plaintiff contends and denies all other allegations contained in paragraph 48 of the Complaint.

49. Washington Mutual denies the allegations in paragraph 49 of the Complaint.

50. Washington Mutual lacks knowledge or information sufficient to form a belief as to what the Plaintiff contends and denies all other allegations contained in paragraph 50 of the Complaint.

51. Washington Mutual lacks knowledge or information sufficient to form a belief as to what the Plaintiff contends and denies all other allegations contained in paragraph 51 of the Complaint.

51. [sic.] Washington Mutual lacks knowledge or information sufficient to form a belief as to what the Plaintiff contends and denies all other allegations contained in paragraph 51 of the Complaint.

52. Washington Mutual denies the allegations in paragraph 52 of the Complaint.

53. The allegations in paragraph 53 of the Complaint contain legal conclusions to which no response is required. To the extent that a response is required, Washington Mutual denies the allegations in paragraph 53 of the Complaint.

54. Washington Mutual denies the allegations in paragraph 54 of the Complaint.

55. Washington Mutual denies the allegations in paragraph 55 of the Complaint.

56. Washington Mutual denies the allegations in paragraph 56 of the Complaint.

**As To Count I:**

57. Washington Mutual restates and incorporates its answers to the allegations contained in paragraph 1 through 56 of the Complaint.

58. Washington Mutual denies the allegations in paragraph 58 of the Complaint.

59. Washington Mutual denies the allegations in paragraph 59 of the Complaint.

60. Washington Mutual denies the allegations in paragraph 60 of the Complaint.

61. Washington Mutual denies the allegations in paragraph 61 of the Complaint.

**As To Count II:**

62. Washington Mutual repeats and restates its answers to the allegations contained in paragraphs 1 through 61 of the Complaint.

63. Washington Mutual denies the allegations in paragraph 63 of the Complaint.

64. Washington Mutual denies the allegations in paragraph 64 of the Complaint.

65. Washington Mutual denies the allegations in paragraph 65 of the Complaint.

66. Washington Mutual denies the allegations in paragraph 66 of the Complaint.

**As To Count III:**

67. Washington Mutual repeats and restates its answers to the allegations contained in paragraphs 1 through 66 of the Complaint.

68. Washington Mutual denies the allegations in paragraph 68 of the Complaint.

69. Washington Mutual denies the allegations in paragraph 69 of the Complaint.

70. Washington Mutual denies the allegations in paragraph 70 of the Complaint.

71. Washington Mutual denies the allegations in paragraph 71 of the Complaint.

72. Washington Mutual denies the allegations in paragraph 72 of the Complaint.

73. Washington Mutual denies the allegations in paragraph 73 of the Complaint.

**<u>As To Count IV:</u>**

74. Washington Mutual repeats and restates its answers to the allegations contained in paragraphs 1 through 73 of the Complaint.

75. Washington Mutual denies the allegations in paragraph 75 of the Complaint.

76. Washington Mutual denies the allegations in paragraph 76 of the Complaint.

77. Washington Mutual denies the allegations in paragraph 77 of the Complaint.

78. Washington Mutual denies the allegations in paragraph 78 of the Complaint.

**<u>As To Count V:</u>**

79. Washington Mutual repeats and restates its answers to the allegations contained in paragraphs 1 through 78 of the Complaint.

80. Washington Mutual denies the allegations in paragraph 80 of the Complaint.

81. Washington Mutual denies the allegations in paragraph 81of the Complaint.

83. Washington Mutual denies the allegations in paragraph 83 of the Complaint.

**<u>As To Count VI:</u>**

84. Washington Mutual repeats and restates its answers to the allegations contained in paragraphs 1 through 83 of the Complaint.

85. Washington Mutual denies the allegations in paragraph 85 of the Complaint.

86. Washington Mutual denies the allegations in paragraph 86 of the Complaint.

87. Washington Mutual denies the allegations in paragraph 87 of the Complaint.

88. Washington Mutual denies the allegations in paragraph 88 of the Complaint.

89. Washington Mutual denies the allegations in paragraph 89 of the Complaint.

90. Washington Mutual denies the allegations in paragraph 90 of the Complaint.

91. Washington Mutual denies the allegations in paragraph 91 of the Complaint.

92. Washington Mutual denies the allegations in paragraph 92 of the Complaint.

93. Washington Mutual denies the allegations in paragraph 93 of the Complaint.

**As To Count VII:**

94. Washington Mutual repeats and restates its answers to the allegations contained in paragraphs 1 through 93 of the Complaint.

95. Washington Mutual admits that First Magnus Financial assigned to Washington Mutual a Note and Mortgage relating to property located at 65 Florence Street in Providence, Rhode Island (together with the other related documents executed in connection with the financing of the Plaintiffs purchase of 65 Florence Street, Providence, Rhode Island, the Note and the Mortgage are referred to as the "Florence Street Loan Documents.") Washington Mutual denies all other allegations contained in paragraph 95 of the Complaint.

96. Paragraph 96 of the Complaint contains legal conclusions to which no response is required. To the extent that a response to paragraph 96 is required, Washington Mutual admits that the Florence Street Loan Documents set forth the rights and duties of the parties to that transaction. Washington Mutual denies all other allegations contained in paragraph 96 of the Complaint.

97. Paragraph 97 of the Complaint contains legal conclusions to which no response is required. To the extent that a response to paragraph 97 is required, Washington Mutual admits that a covenant of good faith and fair dealing is implied in the Florence Street Loan Documents. Washington Mutual denies that it breached either the Florence Street Loan Documents or any implied covenant of good faith and fair dealing. Washington Mutual denies all other allegations contained in paragraph 97 of the Complaint.

98. Washington Mutual denies the allegations in paragraph 98 of the Complaint.

99. Washington Mutual denies the allegations in paragraph 99 of the Complaint.

100. Washington Mutual denies the allegations in paragraph 100 of the Complaint.

101. Washington Mutual denies the allegations in paragraph 101 of the Complaint.

102. Washington Mutual denies the allegations in paragraph 102 of the Complaint.

103. Washington Mutual denies the allegations in paragraph 103 of the Complaint.

104. Washington Mutual denies the allegations in paragraph 104 of the Complaint.

105. Washington Mutual denies the allegations in paragraph 105 of the Complaint.

106. Washington Mutual denies the allegations in paragraph 106 of the Complaint.

107. Washington Mutual denies the allegations in paragraph 107 of the Complaint.

**As To Count VIII:**

108. Washington Mutual repeats and restates its answers to the allegations contained in paragraphs 1 through 107 of the Complaint.

109. This allegation is not directed at defendant Washington Mutual and therefore no response is required.

110. This allegation is not directed at defendant Washington Mutual and therefore no response is required.

111. This allegation is not directed at defendant Washington Mutual and therefore no response is required.

112. This allegation is not directed at defendant Washington Mutual and therefore no response is required.

113. This allegation is not directed at defendant Washington Mutual and therefore no response is required.

114. This allegation is not directed at defendant Washington Mutual and therefore no response is required.

115. This allegation is not directed at defendant Washington Mutual and therefore no response is required.

116. This allegation is not directed at defendant Washington Mutual and therefore no response is required.

117. This allegation is not directed at defendant Washington Mutual and therefore no response is required.

118. This allegation is not directed at defendant Washington Mutual and therefore no response is required.

**As To Count IX:**

119. Washington Mutual repeats and restates its answers to the allegations contained in paragraphs 1 through 118 of the Complaint.

120. This allegation is not directed at defendant Washington Mutual and therefore no response is required.

121. This allegation is not directed at defendant Washington Mutual and therefore no response is required.

122. This allegation is not directed at defendant Washington Mutual and therefore no response is required.

123. This allegation is not directed at defendant Washington Mutual and therefore no response is required.

124. This allegation is not directed at defendant Washington Mutual and therefore no response is required.

**FIRST AFFIRMATIVE DEFENSE**

As To All Counts:

Plaintiff may not have or recover judgment against Washington Mutual on any of the counts asserted in the Complaint because the Complaint fails to state a claim for which relief may be granted.

**SECOND AFFIRMATIVE DEFENSE**

As To Counts I, II, III, and V of the Complaint:

Plaintiff's claims in counts I, II, III, and V of the Complaint are barred by the applicable statutes of limitations.

**THIRD AFFIRMATIVE DEFENSE**

As To Counts I, II, and III of the Complaint:

Plaintiff may not have or recover judgment against Washington Mutual with respect to Counts I, II, and III of the Complaint because the transactions at issue in this case were exempt from the disclosure requirements of the Truth in Lending Act, the Home Ownership Equity Protection Act, and the Real Estate Settlement Procedures Act.

**FOURTH AFFIRMATIVE DEFENSE**

As To Counts I, II, and III of the Complaint:

Plaintiff may not have or recover judgment against Washington Mutual with respect to Counts I, II, and III of the Complaint because the transactions at issue were not "consumer credit transactions" as defined by the Truth in Lending Act, the Home Ownership Equity Protection Act, and the Real Estate Settlement Procedures Act.

**FIFTH AFFIRMATIVE DEFENSE**

As To Count V of the Complaint:

Plaintiff may not have or recover judgment against Washington Mutual as to Count V of the Complaint because the Federal Trade Commission Act does not provide for a private right of action.

**SIXTH AFFIRMATIVE DEFENSE**

As To Counts I, II, and III of the Complaint:

Plaintiff may not have or recover judgment against Washington Mutual as to Counts I, II, and III of the Complaint because any alleged violations referenced in the Complaint were not apparent on the face of the loan documents.

**SEVENTH AFFIRMATIVE DEFENSE**

As to Count VI of the Complaint:

Plaintiff may not have or recover judgment against Washington Mutual as to Count VI of the Complaint because the Plaintiff failed to plead fraud with particularity as required by Fed. R. Civ. P. 9(b).

**EIGHTH AFIRMATIVE DEFENSE**

As To All Counts:

The Plaintiff's claims are barred by the doctrines of laches and/or estoppel.

**NINTH AFFIRMATIVE DEFENSE**

As To All Counts:

The Plaintiff's alleged damages were caused in whole or in part by the Plaintiff's own conduct.

WHEREFORE, Defendant Washington Mutual demands judgment against the Plaintiff, dismissing all claims asserted against it with prejudice and assessing cost against Plaintiff.

WASHINGTON MUTUAL

By its attorneys,

/s/ John A. Houlihan
/s/ Raymond M. Ripple
John A. Houlihan (#2601)
EDWARDS ANGELL PALMER & DODGE LLP
111 Huntington Avenue
Boston, MA 02199
(617) 239-0100
(617) 227-4420 (Fax)
jhoulihan@eapdlaw.com

Raymond M. Ripple (#6489)
Edwards Angell Palmer & Dodge LLP
2800 Financial Plaza
Providence, RI 02903
(401) 274-9200
(401) 276-6611 (Fax)
rripple@eapdlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on July 26, 2007.

/s/ Raymond M. Ripple
Raymond M. Ripple