UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| LUIS SANTOS<br>Plaintiff<br><br>v.<br><br>NOREAST MORTGAGE, INC., FIRST MAGNUS FINANCIAL, HOMECOMINGS FINANCIAL, WASHINGTON MUTUAL, OPTION ONE MORTGAGE, PEOPLES CHOICE HOME LOAN INC., FELIX BATISTA, PEDRO EVANGELISTA and JOHN DOE 1-10<br>Defendants. | : | C. A. No. 07-204S |

**DEFENDANT FIRST MAGNUS FINANCIAL CORPORATION'S DISCLOUSRE OF CORPORATE AFFILIATIONS**

Pursuant to Federal Rule of Civil Procedure 7.1(a), Defendant First Magnus Financial Corporation ("First Magnus") hereby discloses that it is a privately-held corporation whose parent company is First Magnus Capital, Inc, a non-public company that owns 100% of First Magnus's shares.

FIRST MAGNUS FINANCIAL CORP.
Defendant
By its Attorneys:

*/s/ Joseph Avanzato*
JOSEPH AVANZATO (#4774)
javanzato@apslaw.com
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903
Tel: (401) 274-7200
Fax: (401) 751-0604

Dated: August 3, 2007

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 3, 2007, I sent a true copy of the within Assented to Motion for Extension of Time by electronic means (ECF) to the following:

Patricia A. Buckley, Esq.
pbuckley@ckmlaw.com
One Turks Head Plaza, Suite 400
Providence, RI 02903

Mary C. Dunn, Esq.
mcd@blishcavlaw.com
Karen Ann Pelczarski
kap@blishcavlaw.com
Stephen J. Reid, Jr.
sjr@blishcavlaw.com
Blish & Cavanagh, LLP
30 Exchange Terrace
Providence, RI 02903

Brian S. Grossman, Esq.
bgrossman@plgt.com
Prince Lobel Glovsky & Tye LLP
100 Cambridge Street, Suite 2200
Boston, MA 02114

John A. Houlihan, Esq.
jhoulihan@eapdlaw.com
Raymond M. Rippple
rripple@eapdlaw.com, jenos@eapdlaw.com
Edward Angell Palmer & Dodge LLP
2800 Financial Plaza,
Providence, RI 02903

John M. Verdecchia, Esq.
john@verdecchialaw.com
1206 Westminster Street
Providence, RI 02909

*/s/ Joseph Avanzato*

*425051_1.doc*