UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| LUIS SANTOS<br><br>Plaintiff,<br><br>v.<br><br>NOREAST MORTGAGE, INC.; FIRST MAGNUS FINANCIAL; WASHINGTON MUTUAL; OPTION ONE MORTGAGE; PEOPLES CHOICE HOME LOAN, INC.; FELIX BATISTA; PEDRO EVANGELISTA; and JOHN DOE 1-10<br><br>Defendants. | : | C.A. No. 07-204 T |

**CORPORATE DISCLOSURE STATEMENT OF DEFENDANT NOREAST MORTGAGE, INC.**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Defendant Noreast Mortgage Co., Inc. certify that Noreast Mortgage Co., Inc. is a privately-held corporation with no parent or subsidiary corporation.

Dated at Providence, Rhode Island, this 27th day of August, 2007.

NOREAST MORTGAGE CO., INC.

By its Attorneys,

/s/ Stephen J. Reid, Jr.
/s/ Karen A. Pelczarski
/s/ Mary Cavanagh Dunn

Stephen J. Reid, Jr. (#2811)
Karen A. Pelczarski (#3357)
Mary Cavanagh Dunn (#6712)
BLISH & CAVANAGH, LLP
30 Exchange Terrace
Providence, RI 02903
(401) 831-8900
(401) 751-7542 (Fax)
sjr@blishcavlaw.com
kap@blishcavlaw.com
mcd@blishcavlaw.com

# CERTIFICATE OF SERVICE

I hereby certify that the within Corporate Disclosure Statement, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on August 27, 2007.

/s/ Karen A. Pelczarski
Karen A. Pelczarski