UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| LUIS SANTOS,<br><br>Plaintiff<br><br>v.<br><br>NOREAST MORTGAGE, INC.,<br>*et al.*,<br><br>Defendants | : | C.A. No. 07-204 T |

## ANSWER OF DEFENDANT NOREAST MORTGAGE, INC.

*First Defense*

Defendant Noreast Mortgage Co., Inc. ("Noreast") hereby answers the numbered paragraphs of the Plaintiff Luis Santos' Complaint as follows:

1. Noreast is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 1 of the Complaint.

2. Noreast admits that it is a Massachusetts corporation, but denies the remaining allegations in paragraph 2 of the Complaint.

3. Noreast denies the allegations in paragraph 3 of the Complaint.

4. Noreast is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 4 of the Complaint.

5. Noreast is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 5 of the Complaint.

6. Noreast is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 6 of the Complaint.

7. Noreast is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 7 of the Complaint.

8. Noreast is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 8 of the Complaint.

9. Noreast is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 9 of the Complaint.

10. Noreast is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 10 of the Complaint.

11. Noreast admits the allegations in paragraph 11 of the Complaint as they relate to Noreast, and is without knowledge or information sufficient to form a belief as to the truth of the allegations as they relate to other defendants.

12. Noreast admits the allegations in paragraph 12 of the Complaint.

13. The allegations in paragraph 13 of the Complaint set forth legal conclusions to which no response is required. To the extent that the allegations in said paragraph 13 are deemed to set forth factual allegations, the allegations are denied.

14. The allegations in paragraph 14 of the Complaint set forth legal conclusions to which no response is required. To the extent that the allegations in said paragraph 14 are deemed to set forth factual allegations, Noreast admits only that it, like all corporations, generally acts by and through its officers, directors, employees and agents; Noreast denies the remaining allegations in said paragraph 14.

15. The allegations in paragraph 15 of the Complaint set forth legal conclusions to which no response is required.

16. The allegations in paragraph 16 of the Complaint set forth legal conclusions to which no response is required. To the extent that the allegations in said paragraph 16 are deemed to set forth factual allegations, Noreast is without knowledge or information sufficient to form a belief as to the truth of the allegations in said paragraph 16.

17. Noreast is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 17 of the Complaint.

18. Noreast is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 18 of the Complaint.

19. Noreast denies the allegations in paragraph 19 of the Complaint.

20. Noreast is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 20 of the Complaint.

21. Noreast is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 21 of the Complaint.

22. Noreast is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 22 of the Complaint.

23. Noreast is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 23 of the Complaint.

24. Noreast is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 24 of the Complaint.

25. Noreast admits the allegations in paragraph 25 of the Complaint.

26. Noreast denies the allegations in the first, third and fourth sentences of paragraph 26 of the Complaint. Noreast is without knowledge or information sufficient to form a belief as

to the truth of the allegations in the second sentence of said paragraph 26.

27. Noreast denies the allegations in paragraph 27 of the Complaint.

28. Noreast admits the allegations in the first sentence of paragraph 28 of the Complaint. With respect to the allegations in the second sentence of said paragraph 28, the referenced HUD sheet speaks for itself and, to the extent that the allegations in the second sentence of said paragraph 28 are inconsistent therewith, they are denied. Noreast admits the allegations in the third sentence of said paragraph 28.

29. With respect to the allegations in the first sentence of paragraph 29 of the Complaint, the referenced Federal Truth and Lending Disclosure statement speaks for itself and, to the extent that the allegations in the first sentence of said paragraph 29 are inconsistent therewith, they are denied. Noreast admits the allegations in the second and third sentences of said paragraph 29.

30. Noreast admits the allegations in the first, second, third, fifth and sixth sentences of paragraph 30 of the Complaint. Noreast denies the allegations in the seventh sentence of said paragraph 30. Noreast is without knowledge or information sufficient to form a belief as to the truth of the allegations in the fourth and eighth sentences of said paragraph 30.

31. Noreast admits the allegations in the first sentence of paragraph 31 of the Complaint. Noreast is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in said paragraph 31.

32. Noreast denies the allegations in paragraph 32 of the Complaint as they relate to Noreast, and is without knowledge or information sufficient to form a belief as to the truth of the allegations as they relate to other defendants.

33. Noreast is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 33 of the Complaint.

34. Noreast is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 34 of the Complaint.

35. Noreast is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 35 of the Complaint.

36. Noreast denies the allegations in paragraph 36 of the Complaint as they relate to Noreast, and is without knowledge or information sufficient to form a belief as to the truth of the allegations as they relate to other defendants.

37. Noreast denies the allegations in paragraph 37 of the Complaint as they relate to Noreast, and is without knowledge or information sufficient to form a belief as to the truth of the allegations as they relate to other defendants.

38. Noreast denies the allegations in paragraph 38 of the Complaint as they relate to Noreast, and is without knowledge or information sufficient to form a belief as to the truth of the allegations as they relate to other defendants.

39. Noreast denies the allegations in paragraph 39 of the Complaint as they relate to Noreast, and is without knowledge or information sufficient to form a belief as to the truth of the allegations as they relate to other defendants.

40. Noreast denies the allegations in paragraph 40 of the Complaint as they relate to Noreast, and is without knowledge or information sufficient to form a belief as to the truth of the allegations as they relate to other defendants.

41. Noreast denies the allegations in paragraph 41 of the Complaint as they relate to Noreast, and is without knowledge or information sufficient to form a belief as to the truth of the

allegations as they relate to other defendants.

42. Noreast denies the allegations in paragraph 42 of the Complaint as they relate to Noreast, and is without knowledge or information sufficient to form a belief as to the truth of the allegations as they relate to other defendants.

43. Noreast denies the allegations in paragraph 43 of the Complaint as they relate to Noreast, and is without knowledge or information sufficient to form a belief as to the truth of the allegations as they relate to other defendants.

44. Noreast denies the allegations in paragraph 44 of the Complaint as they relate to Noreast, and is without knowledge or information sufficient to form a belief as to the truth of the allegations as they relate to other defendants.

45. Noreast denies the allegations in paragraph 45 of the Complaint as they relate to Noreast, and is without knowledge or information sufficient to form a belief as to the truth of the allegations as they relate to other defendants.

46. Noreast denies the allegations in paragraph 46 of the Complaint as they relate to Noreast, and is without knowledge or information sufficient to form a belief as to the truth of the allegations as they relate to other defendants.

47. Noreast denies the allegations in paragraph 47 of the Complaint as they relate to Noreast, and is without knowledge or information sufficient to form a belief as to the truth of the allegations as they relate to other defendants.

48. Noreast denies the allegations in paragraph 48 of the Complaint as they relate to Noreast, and is without knowledge or information sufficient to form a belief as to the truth of the allegations as they relate to other defendants.

49. Noreast denies the allegations in paragraph 49 of the Complaint as they relate to

Noreast, and is without knowledge or information sufficient to form a belief as to the truth of the allegations as they relate to other defendants.

50. Noreast denies the allegations in paragraph 50 of the Complaint as they relate to Noreast, and is without knowledge or information sufficient to form a belief as to the truth of the allegations as they relate to other defendants.

51. Noreast denies the allegations in the first paragraph numbered 51 of the Complaint as they relate to Noreast, and is without knowledge or information sufficient to form a belief as to the truth of the allegations as they relate to other defendants.

51. (sic) Noreast denies the allegations in the second paragraph numbered 51 of the Complaint, and is without knowledge or information sufficient to form a belief as to the truth of the allegations as they relate to other defendants.

52. Noreast denies the allegations in paragraph 52 of the Complaint as they relate to Noreast, and is without knowledge or information sufficient to form a belief as to the truth of the allegations as they relate to other defendants.

53. Noreast denies the allegations in paragraph 53 of the Complaint as they relate to Noreast, and is without knowledge or information sufficient to form a belief as to the truth of the allegations as they relate to other defendants.

54. Noreast denies the allegations in paragraph 54 of the Complaint as they relate to Noreast, and is without knowledge or information sufficient to form a belief as to the truth of the allegations as they relate to other defendants.

55. Noreast denies the allegations in paragraph 55 of the Complaint.

56. Noreast denies the allegations in paragraph 56 of the Complaint.

**As to COUNT I:**

57. Noreast incorporates by reference its answers to paragraphs 1 through 56, inclusive, of the Complaint.

58. Noreast denies the allegations in paragraph 58 of the Complaint.

59. Noreast denies the allegations in paragraph 59 of the Complaint.

60. Noreast denies the allegations in paragraph 60 of the Complaint as they relate to Noreast, and is without knowledge or information sufficient to form a belief as to the truth of the allegations as they relate to other defendants.

61. Noreast denies the allegations in paragraph 61 of the Complaint as they relate to Noreast, and is without knowledge or information sufficient to form a belief as to the truth of the allegations as they relate to other defendants.

**As to COUNT II:**

62. Noreast incorporates by reference its answers to paragraphs 1 through 61, inclusive, of the Complaint.

63. Noreast denies the allegations in paragraph 63 of the Complaint.

64. Noreast denies the allegations in paragraph 64 of the Complaint.

65. Noreast denies the allegations in paragraph 65 of the Complaint as they relate to Noreast, and is without knowledge or information sufficient to form a belief as to the truth of the allegations as they relate to other defendants.

66. Noreast denies the allegations in paragraph 66 of the Complaint as they relate to Noreast, and is without knowledge or information sufficient to form a belief as to the truth of the allegations as they relate to other defendants.

**As to COUNT III:**

67. Noreast incorporates by reference its answers to paragraphs 1 through 66, inclusive, of the Complaint.

68. Noreast denies the allegations in paragraph 68 of the Complaint as they relate to Noreast, and is without knowledge or information sufficient to form a belief as to the truth of the allegations as they relate to other defendants.

69. Noreast denies the allegations in paragraph 69 of the Complaint as they relate to Noreast, and is without knowledge or information sufficient to form a belief as to the truth of the allegations as they relate to other defendants.

70. Noreast denies the allegations in paragraph 70 of the Complaint as they relate to Noreast, and is without knowledge or information sufficient to form a belief as to the truth of the allegations as they relate to other defendants.

71. The allegations in paragraph 71 of the Complaint set forth a legal conclusion to which no response is required. To the extent a response is deemed to be required, the allegations are denied.

72. Noreast denies the allegations in paragraph 72 of the Complaint as they relate to Noreast, and is without knowledge or information sufficient to form a belief as to the truth of the allegations as they relate to other defendants.

73. Noreast denies the allegations in paragraph 73 of the Complaint as they relate to Noreast, and is without knowledge or information sufficient to form a belief as to the truth of the allegations as they relate to other defendants.

**As to COUNT IV:**

74. Noreast incorporates by reference its answers to paragraphs 1 through 73,

inclusive, of the Complaint.

75. Noreast denies the allegations in paragraph 75 of the Complaint.

76. Noreast denies the allegations in paragraph 76 of the Complaint.

77. Noreast denies the allegations in paragraph 77 of the Complaint.

78. Noreast denies the allegations in paragraph 78 of the Complaint.

**As to COUNT V:**

79. Noreast incorporates by reference its answers to paragraphs 1 through 78, inclusive, of the Complaint.

80. The allegations in paragraph 80 of the Complaint set forth a legal conclusion to which no response is required. To the extent that a response is deemed to be required, the allegations are denied.

81. Noreast denies the allegations in paragraph 81 of the Complaint.

82. Noreast denies the allegations in paragraph 82 of the Complaint.

83. Noreast denies the allegations in paragraph 83 of the Complaint.

**As to COUNT VI:**

84. Noreast incorporates by reference its answers to paragraphs 1 through 83, inclusive, of the Complaint.

85. Noreast denies the allegations in paragraph 85 of the Complaint.

86. Noreast denies the allegations in paragraph 86 of the Complaint.

87. Noreast denies the allegations in paragraph 87 of the Complaint.

88. Noreast denies the allegations in paragraph 88 of the Complaint.

89. Noreast denies the allegations in paragraph 89 of the Complaint.

90. Noreast denies the allegations in paragraph 90 of the Complaint.

91. Noreast denies the allegations in paragraph 91 of the Complaint.

92. Noreast denies the allegations in paragraph 92 of the Complaint.

93. Noreast denies the allegations in paragraph 93 of the Complaint.

**As to COUNT VII:**

94. Noreast incorporates by reference its answers to paragraphs 1 through 93, inclusive, of the Complaint.

95. The allegations in paragraph 95 of the Complaint are not directed at Noreast, and therefore no response is required. To the extent that a response is deemed to be required, Noreast is without knowledge or information sufficient to form a belief as to the truth of the allegations in said paragraph 95.

96. The allegations in paragraph 96 of the Complaint are not directed at Noreast, and therefore no response is required. To the extent that a response is deemed to be required, Noreast is without knowledge or information sufficient to form a belief as to the truth of the allegations in said paragraph 96.

97. The allegations in paragraph 97 of the Complaint are not directed at Noreast, and therefore no response is required. To the extent that a response is deemed to be required, Noreast is without knowledge or information sufficient to form a belief as to the truth of the allegations in said paragraph 97.

98. The allegations in paragraph 98 of the Complaint are not directed at Noreast, and therefore no response is required. To the extent that a response is deemed to be required, Noreast is without knowledge or information sufficient to form a belief as to the truth of the allegations in said paragraph 98.

99. The allegations in paragraph 99 of the Complaint are not directed at Noreast, and

therefore no response is required. To the extent that a response is deemed to be required, Noreast is without knowledge or information sufficient to form a belief as to the truth of the allegations in said paragraph 99.

100. The allegations in paragraph 100 of the Complaint are not directed at Noreast, and therefore no response is required. To the extent that a response is deemed to be required, Noreast is without knowledge or information sufficient to form a belief as to the truth of the allegations in said paragraph 100.

101. The allegations in paragraph 101 of the Complaint are not directed at Noreast, and therefore no response is required. To the extent that a response is deemed to be required, Noreast is without knowledge or information sufficient to form a belief as to the truth of the allegations in said paragraph 101.

102. The allegations in paragraph 102 of the Complaint are not directed at Noreast, and therefore no response is required. To the extent that a response is deemed to be required, Noreast is without knowledge or information sufficient to form a belief as to the truth of the allegations in said paragraph 102.

103. The allegations in paragraph 103 of the Complaint are not directed at Noreast, and therefore no response is required. To the extent that a response is deemed to be required, Noreast is without knowledge or information sufficient to form a belief as to the truth of the allegations in said paragraph 103.

104. The allegations in paragraph 104 of the Complaint are not directed at Noreast, and therefore no response is required. To the extent that a response is deemed to be required, Noreast is without knowledge or information sufficient to form a belief as to the truth of the allegations in said paragraph 104.

105. The allegations in paragraph 105 of the Complaint are not directed at Noreast, and therefore no response is required. To the extent that a response is deemed to be required, Noreast is without knowledge or information sufficient to form a belief as to the truth of the allegations in said paragraph 105.

106. The allegations in paragraph 106 of the Complaint are not directed at Noreast, and therefore no response is required. To the extent that a response is deemed to be required, Noreast is without knowledge or information sufficient to form a belief as to the truth of the allegations in said paragraph 106.

107. The allegations in paragraph 107 of the Complaint are not directed at Noreast, and therefore no response is required. To the extent that a response is deemed to be required, Noreast is without knowledge or information sufficient to form a belief as to the truth of the allegations in said paragraph 107.

**As to COUNT VIII:**

108. Noreast incorporates by reference its answers to paragraphs 1 through 107, inclusive, of the Complaint.

109. Noreast admits the allegations in paragraph 109 of the Complaint.

110. The allegations in paragraph 110 of the Complaint set forth a legal conclusion to which no response is required. To the extent that a response is deemed to be required, Noreast admits that a covenant of good faith and fair dealing is implied in its mortgage broker contract, but denies that it breached that contract or any implied covenant of good faith and fair dealing.

111. Noreast denies the allegations in paragraph 111 of the Complaint.

112. Noreast denies the allegations in paragraph 112 of the Complaint.

113. Noreast denies the allegations in paragraph 113 of the Complaint.

114. Noreast denies the allegations in paragraph 114 of the Complaint.

115. Noreast denies the allegations in paragraph 115 of the Complaint.

116. Noreast denies the allegations in paragraph 116 of the Complaint.

117. Noreast denies the allegations in paragraph 117 of the Complaint.

118. Noreast denies the allegations in paragraph 118 of the Complaint.

**As to COUNT IX:**

119. Noreast incorporates by reference its answers to paragraphs 1 through 118, inclusive, of the Complaint.

120. Noreast denies the allegations in paragraph 120 of the Complaint as they relate to Noreast, and is without knowledge or information sufficient to form a belief as to the truth of the allegations as they relate to other defendants.

121. Noreast denies the allegations in paragraph 121 of the Complaint as they relate to Noreast, and is without knowledge or information sufficient to form a belief as to the truth of the allegations as they relate to other defendants.

122. Noreast denies the allegations in paragraph 122 of the Complaint as they relate to Noreast, and is without knowledge or information sufficient to form a belief as to the truth of the allegations as they relate to other defendants.

123. Noreast denies the allegations in paragraph 123 of the Complaint as they relate to Noreast, and is without knowledge or information sufficient to form a belief as to the truth of the allegations as they relate to other defendants.

124. Noreast denies the allegations in paragraph 124 of the Complaint as they relate to Noreast, and is without knowledge or information sufficient to form a belief as to the truth of the allegations as they relate to other defendants.

*Second Defense*

Plaintiff's Complaint fails in whole or part to state a claim upon which relief may be granted, in that it fails to set forth facts sufficient to state a cause of action in fact or in law, and therefore it should be dismissed pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.

*Third Defense*

Plaintiff's claim for punitive damages fails to state a claim for which relief may be granted.

*Fourth Defense*

Plaintiff, by and through his acts, actions, conduct and/or failures to act, has waived his claims against Noreast.

*Fifth Defense*

Plaintiff, by and through his acts, actions, conduct, and/or failures to act, is estopped from bringing his claims against Noreast and/or from obtaining the relief sought.

*Sixth Defense*

Plaintiff's claims are barred in whole or in part by the applicable statute(s) of limitations.

*Seventh Defense*

Plaintiff's equitable claims are barred by the doctrine of laches.

*Eighth Defense*

Plaintiff's equitable claims are barred by the doctrine of unclean hands.

*Ninth Defense*

Plaintiff's damages, if any, were caused in whole or in part by his own acts, actions, conduct, and/or failures to act, and/or not by any act or omission of Noreast.

*Tenth Defense*

Plaintiff's damages, if any, were caused in whole or in part by other persons, firms or corporations for whose conduct Noreast is not responsible.

*Eleventh Defense*

Plaintiff may not recover judgment against Noreast as to some or all of his claims, because Noreast is not a "creditor" and/or the transactions at issue are not "consumer credit transactions" as defined by the Truth in Lending Act, the Home Ownership Equity Protection Act of 1994, Regulation Z issued by the Board of Governors of the Federal Reserve Board, the Equal Credit Opportunity Act, and/or the Real Estate Settlement Procedures Act.

*Twelfth Defense*

Plaintiff may not recover judgment against Noreast as to some or all of his claims, because the transactions at issue are not subject to the disclosure requirements of the Truth in Lending Act, the Home Ownership Equity Protection Act, and/or the Real Estate Settlement Procedures Act.

*Thirteenth Defense*

Plaintiff's claims fail in whole or in part because one or more of the statutes pled by the plaintiff do not authorize private causes of action.

*Fourteenth Defense*

Plaintiff's fraud claims are barred by his failure to plead fraud with the requisite degree of particularity as required by Rule 9(b) of the Federal Rules of Civil Procedure.

WHEREFORE, Defendant Noreast Mortgage Co., Inc. prays for judgment against Plaintiff Luis Santos, denying and dismissing the Complaint, for attorneys' fees, costs, and such other and further relief as this Court deems meet and just.

DEFENDANT
Noreast Mortgage Co., Inc.

By and through its attorneys,

/s/ Stephen J. Reid, Jr.
/s/ Karen A. Pelczarski
/s/ Mary Cavanagh Dunn

Stephen J. Reid, Jr. (#2811)
Karen A. Pelczarski (#3357)
Mary Cavanagh Dunn (#6712)
BLISH & CAVANAGH, LLP
Commerce Center
30 Exchange Terrace
Providence, RI 02903-1765
(401) 831-8900 (Phone)
(401) 751-7542 (Fax)
sjr@blishcavlaw.com
kap@blishcavlaw.com
mcd@blishcavlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that this Answer, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on August 27, 2007.

/s/ Karen A. Pelczarski
Karen A. Pelczarski