**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| LUIS SANTOS,<br>Plaintiff<br>v.<br><br>NOREAST MORTGAGE, INC.<br>FIRST MANGUS FINANCIAL,<br>HOMECOMINGS FINANCIAL, INC.<br>WASHINGTON MUTUAL,<br>OPTION ONE MORTGAGE, PEOPLES<br>CHOICE HOME LOAN INC.,<br>FELIX BATISTA and PEDRO<br>EVANGELISTA and JOHN DOE 1-10<br>Defendants | CIVIL ACTION NO.: 07-204ML |

**CORPORATE DISCLOSURE STATEMENT PURSUANT TO RULE 7.1(a)**

Now comes HomeComings Financial, LLC, formerly known as HomeComings Financial Network, Inc. and states that it is a Delaware limited liability corporation and is a wholly owned subsidiary of Residential Funding Company, LLC. General Motors Corporation is a publicly traded corporation that indirectly owns 10% or more of Homecomings stock through ownership of stock in one or more subsidiary companies.

Respectfully submitted,
HOMECOMINGS FINANCIAL, LLC

By its attorney,

/s/ Brian S. Grossman

Brian S. Grossman (RI Bar No. 7308)
PRINCE, LOBEL, GLOVSKY & TYE LLP
100 Cambridge Street, Suite 2200
Boston, MA 02114
(617) 456-8184

Date: September 6, 2007

**CERTIFICATE OF SERVICE**

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on September 6, 2007.

/s/ Brian S. Grossman
Brian S. Grossman, Esq.