UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| LUIS SANTOS,<br>Plaintiff<br>v.<br><br>NOREAST MORTGAGE, INC.<br>FIRST MANGUS FINANCIAL,<br>HOMECOMINGS FINANCIAL, INC.<br>WASHINGTON MUTUAL,<br>OPTION ONE MORTGAGE, PEOPLES<br>CHOICE HOME LOAN INC.,<br>FELIX BATISTA and PEDRO<br>EVANGELISTA and JOHN DOE 1-10<br>Defendants | CIVIL ACTION NO.: 07-204ML |

**HOMECOMINGS FINANCIAL LLC'S AUTOMATIC DISCLOSURES**
**PURSUANT TO RULE 26(a)(1)**

Pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure, defendant, HomeComings Financial, LLC, formerly known as HomeComings Financial Network, Inc. (**"Homecomings"**) hereby makes the following disclosures:

**(a)** **The name and, if known, the address and telephone number of each individual likely to have discoverable information relevant to disputed facts alleged with particularity in the pleadings, identifying the subjects of the information.**

1. Michael Roszkiewicz
Noreast Mortgage
227 Union Street
New Bedford, MA 02740

Upon information and belief, Mr. Roszkiewicz may have information related to the loan brokered by Noreast Mortgage, originally funded by People's Choice Home Loan, Inc. for the benefit of borrower, Luis Santos, dated May 20, 2005 in connection with property located at 15-17 Harvard Street, Providence, RI 02907 (the "Loan").

2. Defendant, Pedro Evangelista

Upon information and belief, Mr. Evangelista may have information related to the Loan, and his dealings with the plaintiff before the Loan closed.

3. Defendant, Feliz Batista

Upon information and belief, Mr. Batista may have information related to the Loan, and the plaintiff's representations concerning his income.

4. Pam Ingalls
People's Choice Home Loan, Inc.
7515 Irvine Center Drive
Irvine, CA 92618

Upon information and belief, Ms. Ingalls, or another representative of People's Choice, may have information concerning the initial Loan application and the ultimate documentation for the Loan, including the provision of the requisite disclosures to the plaintiff.

5. Richard Pacia, Esquire
Pacia Law Associates
60 Power Road
Pawtucket, RI 02860

Upon information and belief, Mr. Pacia acted as the closing lawyer in connectoin with the Loan and may have information relating to the documentation of the Loan and the disclosures provided to the plaintiff.

**(b) <u>A copy of, or a description by category and location of, all documents, data compilations, and tangible things in the possession, custody, or control of the party that are relevant to disputed facts alleged with particularity in the pleadings</u>.**

The documents in the custody and control of Homecomings that bear significantly on Plaintiff's claims and Homecomings's claims and defenses are listed below. These documents are located at the office of Defendant's counsel.

1. Loan documents for the loan originally funded by People's Choice Home Loan, Inc. to Luis Santos, dated May 20, 2005 in connections with property located at 15-17 Harvard Street, Providence, RI 02907 (the "Loan"), including the mortgage, all worksheets all disclosure statements (including TILA, RESPA and adjustable rate notieces), appraisals, collateral documents trasmitted to People's Choice including 78 Baxter Street lease agreements, correspondence from Millenium Express Associates and Citizens Bank; loan application.

2. Due diligence worksheets by Residential Funding upon assignment of the Loan;

3. Account history/payment history on the Loan (including logs relating to collection efforts and foreclosure;

4. Correspondence between Homecomings and Santos concerning collection of the Loan and foreclosure.

5. All other documents which will be identified during the course of this litigation.

(c) **A computation of any category of damages claimed by the disclosing party, making available for inspection and copying as under Rule 34 the documents or other evidentiary material, not privileged or protected from disclosure, on which such computation is based, including materials bearing on the nature and extent of injuries suffered.**

Defendant is not claiming damages at this time.

(d) **For inspection and copying as under Rule 34 any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in the action or to indemnify or reimburse for payments made to satisfy the judgment.**

Not applicable.

Respectfully submitted,

HOMECOMINGS FINANCIAL, LLC

By its attorney,

/s/ Brian S. Grossman
Brian S. Grossman (RI Bar No. 7308)
PRINCE, LOBEL, GLOVSKY & TYE LLP
100 Cambridge Street, Suite 2200
Boston, MA 02114
(617) 456-8184

Date: October 31, 2007

**CERTIFICATE OF SERVICE**

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on October 31, 2007.

/s/ Brian S. Grossman
Brian S. Grossman, Esq.