UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| LUIS SANTOS | : | |
| | : | |
| Plaintiff | : | |
| | : | |
| v. | : | C.A. No. 07-204-T |
| | : | |
| NOREAST MORTGAGE, INC.; FIRST MAGNUS FINANCIAL; WASHINGTON MUTUAL; OPTION ONE MORTGAGE; PEOPLES CHOICE HOME LOAN, INC.; FELIX BATISTA; PEDRO EVANGELISTA; and JOHN DOE 1-10 | : | |
| | : | |
| Defendants | : | |

**MOTION FOR LEAVE TO WITHDRAW APPEARANCE AS ATTORNEYS FOR NOREAST MORTGAGE, INC.**

Stephen J. Reid, Jr., Karen A. Pelczarski, Mary C. Dunn, and the law firm of Blish & Cavanagh, LLP, pursuant to LR Gen. 206(e)(2), hereby move the Court for leave to withdraw our appearance as attorneys for NorEast Mortgage, Inc., defendant and cross-claim defendant, in the above-entitled action. The grounds for this Motion are that there has been a complete breakdown of the attorney-client relationship. Specifically, since on or about August 27, 2007, Michael Roszkiewicz, the President and CEO of NorEast Mortgage, has failed, neglected and refused to return multiple telephone calls and to respond to six (6) letters mailed to and received by him at the telephone number and address previously used for communication with Mr. Roszkiewicz on behalf of NorEast Mortgage, Inc. The continued failure, neglect and refusal of Mr. Roszkiewicz to communicate with his attorneys has significantly interfered with our ability to represent the interests of NorEast Mortgage, Inc. in this matter.

We hereby certify that:

(i) NorEast Mortgage, Inc. has been notified of this Motion by first class mail, postage prepaid, and by certified mail, return receipt requested, sent to Michael Roszkiewicz, President and CEO, NorEast Mortgage, Inc., 2 Island Wharf, Marion, MA 02738, which is the address to which we have previously successfully mailed correspondence to NorEast Mortgage, Inc.;

(ii) NorEast Mortgage, Inc. has been advised that it may object to this Motion and that any failure or delay in retaining substitute counsel may not be considered grounds for delaying the trial or any other matter scheduled in the case;

(iii) there are no motions or other matters pending in the case, except for a settlement conference which has been scheduled for December 19, 2007 with Almond, U.S.M.J.; and

(iv) pursuant to the Scheduling Order-Jury Case, discovery closes on April 1, 2008.

NOREAST MORTGAGE, INC.

By its Attorneys,

/s/ Stephen J. Reid, Jr.

Stephen J. Reid, Jr. (#2811)
Blish & Cavanagh, LLP
30 Exchange Terrace
Providence, RI 02903
(401) 831-8900
(401) 751-7542 (Fax)
sjr@blishcavlaw.com

/s/ Karen A. Pelczarski
Karen A. Pelczarski (#3357)
Blish & Cavanagh, LLP
30 Exchange Terrace
Providence, RI 02903
(401) 831-8900
(401) 751-7542 (Fax)
kap@blishcavlaw.com

/s/ Mary C. Dunn
Mary C. Dunn (#6712)
Blish & Cavanagh, LLP
30 Exchange Terrace
Providence, RI 02903
(401) 831-8900
(401) 751-7542 (Fax)
mcd@blishcavlaw.com

Dated: November 14, 2007

## CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of November, 2007, I caused the foregoing Motion For Leave To Withdraw Appearance As Attorneys For NorEast Mortgage, Inc. to be electronically served on John M. Verdecchia, Esq., 1206 Westminster Street, Providence, RI 02903 john@verdecchialaw.com; Patricia A. Buckley, Esq, Caroll, Kelly & Murphy, One Turks Head Place, Suite 400, Providence, RI 02903 pbuckley@ckmlaw.com; Brian S. Grossman, Esq., Prince, Lobel, Glovsky & Tye, LLP, 100 Cambridge Street, Suite 2200, Boston, MA 02114 bgrossman@plgt.com; Raymond M. Ripple, Esq., Edwards Angell Palmer & Dodge LLP, 2800 Financial Plaza, Providence, RI 02903 rripple@eapdlaw.com jenos@eapdlaw.com; John A. Houlihan, Esq., Edwards Angell Palmer & Dodge LLP, 111 Huntington Avenue, Boston, MA 02199 jhoulihan@eapdlaw.com; and to Michael Roszkiewicz, President and CEO, NorEast Mortgage, Inc., 2 Island Wharf, Marion, MA 02738 by Certified Mail, Return Receipt Requested, and First Class Mail.

/s/ Stephen J. Reid, Jr.