**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **LUIS SANTOS** | : | |
| **Plaintiff** | : | |
| | : | |
| **v.** | : | **C. A. NO.: 07-204-T** |
| | : | |
| **NOREAST MORTGAGE, INC.,** | : | |
| **FIRST MAGNUS FINANCIAL,** | : | |
| **HOMECOMINGS FINANCIAL,** | : | |
| **WASHINGTON MUTUAL,** | : | |
| **OPTION ONE MORTGAGE, PEOPLES** | : | |
| **CHOICE HOME LOAN INC.,** | : | |
| **FELIX BATISTA and PEDRO EVANGELISTA** | : | |
| **and JOHN DOE 1-10** | | |
| **Defendants** | | |

**PLAINTIFF'S OBJECTION TO DEFENDANT NOREAST MORTGAGE, INC. MOTION FOR LEAVE TO WITHDRAW APPEARANCE**

Now comes the Plaintiff, Luis Santos, in the above-entitled matter and hereby objects to Defendant, Noreast Mortgage, Inc.'s Motion for Leave to Withdraw Appearance. In support of this objection, Plaintiff states that he has filed for discovery and that said discovery is still pending. If Counsel for Noreast Mortgage, Inc. is allowed to withdraw at this stage of the proceedings, Plaintiff will be forced to begin the discovery process anew and attempt to locate Michael Roszkiewicz, the President and CEO of Noreast Mortgage. For the record, Counsel for Plaintiff attempted to access the web site for Noreast Mortgage, Inc. and also attempted to contact Noreast Mortgage, Inc. by telephone. Both of these efforts were unsuccessful in that the web page was cancelled and the phone number to Noreast Mortgage was listed as being out-of-service. It is apparent to Plaintiff's Counsel that Mr. Roszkiewicz intends to evade appearing and participating in this law suit. Plaintiff submits that it would be both unfair and highly

prejudicial to Plaintiff to allow Defendant's Counsel to withdraw at this stage of the proceedings.

WHEREFORE, Plaintiff respectfully requests that Counsel Motion to Withdraw be denied at this stage of the proceedings.

Respectfully submitted,
Plaintiff, Luis Santos,
By his Attorney

*/s/ John M. Verdecchia*

John M. Verdecchia, Esq., (#3374)
1206 Westminster Street
Providence, Rhode Island 02909
(401)453-0700
(401)454-5557 {fax}

**CERTIFICATION**

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on November 15, 2007.

*/s/ John M. Verdecchia, Esq.*