**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **LUIS SANTOS** | : | |
| **Plaintiff** | : | |
| | : | |
| **v.** | : | **C. A. NO.: 07-204-T** |
| | : | |
| **NOREAST MORTGAGE, INC.,** | : | |
| **FIRST MAGNUS FINANCIAL,** | : | |
| **HOMECOMINGS FINANCIAL,** | : | |
| **WASHINGTON MUTUAL,** | : | |
| **OPTION ONE MORTGAGE, PEOPLES** | : | |
| **CHOICE HOME LOAN INC.,** | : | |
| **FELIX BATISTA and PEDRO EVANGELISTA** | : | |
| **and JOHN DOE 1-10** | : | |
| **Defendants** | | |

**MOTION TO WITHDRAW OBJECTION**
**TO COUNSEL'S MOTION TO WITHDRAW**

Now comes counsel for the Plaintiff in the above-entitled matter and requests that he be allowed to withdraw his objection to the Motion to Withdraw previously filed by counsel for Noreast Mortgage, Inc. In support of said motion, counsel for Plaintiff states that after conferring with counsel for Noreast Mortgage, Inc., it is the position of the counsel for Plaintiff that his motion will serve the best interests of the Plaintiff and will serve to preserve judicial economy.

WHEREFORE, counsel for Plaintiff prays that his Motion be allowed.

Respectfully submitted,
Plaintiff, Luis Santos,
By his Attorney

*/s/ John M. Verdecchia*__________
John M. Verdecchia, Esq., (#3374)
1206 Westminster Street
Providence, Rhode Island 02909
(401)453-0700
(401)454-5557 {fax}

**CERTIFICATION**

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on November 16, 2007.

*/s/ John M. Verdecchia, Esq.*