UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| LUIS SANTOS | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 07-204-T |
| | ) | |
| NOREAST MORTGAGE, INC.; FIRST MAGNUS FINANCIAL; HOMECOMINGS FINANCIAL; WASHINGTON MUTUAL; OPTION ONE MORTGAGE; PEOPLES CHOICE HOME LOAN, INC.; FELIX BATISTA; PEDRO EVANGELISTA; and JOHN DOE 1-10 | ) | |
| | ) | |
| Defendants. | ) | |

**JOINT MOTION TO RESCHEDULE SETTLEMENT CONFERENCE**

Plaintiff Luis Santos and Defendants Washington Mutual Bank, Homecomings Financial, LLC, Option One Mortgage, and Noreast Mortgage, Inc. (collectively, "Defendants")[1] hereby move to reschedule the settlement conference currently scheduled for December 18, 2007 at 2:00 p.m. In support of their motion, the parties respectfully submit that additional time is required to conduct initial discovery in this case, which includes an exchange and review of documents and the deposition of the plaintiff. This initial discovery will allow the parties to better assess their respective claims and defenses, which will result in a more productive settlement conference. Moreover, counsel for Noreast Mortgage, Inc. currently has pending a motion to withdraw as counsel in this case, which if not resolved prior to the settlement conference may hinder the productivity of the settlement conference.

[1] The remaining defendants have either filed for bankruptcy (First Magnus Financial Corporation and Peoples Choice Home Loan, Inc.) or never have been served in this action (Felix Batista and Pedro Evangelista).

Plaintiff and the Defendants therefore respectfully move that this Court reschedule the settlement conference to enable the parties to complete their initial discovery prior to any settlement conference.

LUIS SANTOS

By his Attorneys,

/s/ John M. Verdecchia
John M. Verdecchia (#3374)
1206 Westminster Street
Providence, RI 02909
(401) 453-0700
(401) 454-5557 (Fax)
john@verdecchilaw.com

HOMECOMINGS FINANCIAL, LLC

By its Attorneys,

/s/ Brian S. Grossman
Brian S. Grossman (#7308)
Prince, Lobel, Glovsky & Tye, LLP
100 Cambridge Street, Suite 220
Boston, MA 02114
(617) 456-8184
bgrossman@plgt.com

WASHINGTON MUTUAL

By its Attorneys,

/s/ Raymond M. Ripple
John A. Houlihan (#2601)
Edwards Angell Palmer & Dodge LLP
111 Huntington Avenue
Boston, MA 02199
(617) 239-0100
(617) 227-4420 (Fax)
jhoulihan@eapdlaw.com

Raymond M. Ripple (#6489)
Edwards Angell Palmer & Dodge LLP
2800 Financial Plaza
Providence, RI 02903
(401) 274-9200
(401) 276-6611 (Fax)
rripple@eapdlaw.com

NOREAST MORTGAGE, INC.

By its Attorneys,

/s/ Stephen J. Reid, Jr.
Stephen J. Reid Jr. (#2811)
Karen A. Pelczarksi (#3357)
Mary Cavanagh Dunn (#6712)
Blish & Cavanagh, LLP
30 Exchange Terrace
Providence, RI 02903
(401) 831-8900
(401) 751-7542 (Fax)
sjr@blishcavlaw.com
kap@blishcavlaw.com
mcd@blishcavlaw.com

OPTION ONE MORTGAGE

By its Attorneys,

/s/ Patricia A. Buckley
Patricia A. Buckley (#2987)
Carroll Kelly & Murphy
One Turks Head Place, Suite 400
Providence, RI 02903
(401) 331-7272
(401) 331-4404 (Fax
pbuckley@ckmlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on December 7, 2007.

/s/ Raymond M. Ripple
Raymond M. Ripple