**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **LUIS SANTOS** | : | |
| **Plaintiff** | : | |
| | : | |
| **v.** | : | **C. A. NO.: 07-204-S** |
| | : | |
| **NOREAST MORTGAGE, INC.,** | : | |
| **FIRST MAGNUS FINANCIAL,** | : | |
| **HOMECOMINGS FINANCIAL,** | : | |
| **WASHINGTON MUTUAL,** | : | |
| **OPTION ONE MORTGAGE, PEOPLES** | : | |
| **CHOICE HOME LOAN INC.,** | : | |
| **FELIX BATISTA and PEDRO EVANGELISTA** | : | |
| **and JOHN DOE 1-10** | | |
| **Defendants** | | |

# MOTION TO COMPEL

Now comes the Plaintiff Luis Santos in the above-entitled matter and requests that this Court enter an Order compelling Defendant, Noreast Mortgage, Inc., to response to Plaintiff's Request for Production and Interrogatories. In support of this Motion, Plaintiff states that it has been in excess of thirty (30) days since said requests were sent to Defendant and that no response has been received.

The Plaintiff seeks a Thirty (30) Day Order within which Defendant shall respond.

Respectfully submitted,
Plaintiff, Luis Santos,
By his Attorney

*/s/ John M. Verdecchia*_________

John M. Verdecchia, Esq., (#3374)
1206 Westminster Street
Providence, Rhode Island 02909
(401)453-0700
(401)454-5557 {fax}

**CERTIFICATION**

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on February 6, 2008.

*/s/ John M. Verdecchia, Esq.*