**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **LUIS SANTOS**<br>**Plaintiff**<br><br>**v.**<br><br>**NOREAST MORTGAGE, INC., FIRST MAGNUS FINANCIAL, HOMECOMINGS FINANCIAL, WASHINGTON MUTUAL, OPTION ONE MORTGAGE, PEOPLES CHOICE HOME LOAN INC., FELIX BATISTA and PEDRO EVANGELISTA and JOHN DOE 1-10**<br>**Defendants** | : | **C. A. NO.: 07-204-T** |

**MOTION FOR ENTRY OF DEFAULT**

Now comes the Plaintiff in the above-entitled matter and respectfully requests that this Court enter default judgment against Defendant, Noreast Mortgage, Inc.. In support of this Motion, the Plaintiff relies on the attached Affidavit which is incorporated herein.

Respectfully submitted,
Plaintiff, Luis Santos,
By his Attorney

*/s/ John M. Verdecchia*

John M. Verdecchia, Esq., (#3374)
1206 Westminster Street
Providence, Rhode Island 02909
(401)453-0700
(401)454-5557 {fax}