**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

**LUIS SANTOS** :
**Plaintiff** :
:
**v.** : **C. A. NO.: 07-204-T**
:
**NOREAST MORTGAGE, INC.,** :
**FIRST MAGNUS FINANCIAL,** :
**HOMECOMINGS FINANCIAL,** :
**WASHINGTON MUTUAL,** :
**OPTION ONE MORTGAGE, PEOPLES** :
**CHOICE HOME LOAN INC.,** :
**FELIX BATISTA and PEDRO EVANGELISTA** :
**and JOHN DOE 1-10**
**Defendants**

**AFFIDAVIT**

The undersigned, being duly sworn, upon oath deposes and says:

That he is the attorney of record for the Plaintiff and has personal knowledge of the facts set forth in this affidavit;

That on February 7, 2008, Counsel for Plaintiff filed a Motion to Compel Responses to Request for Production of Documents and Interrogatories in the above-entitled matter.

Counsel requested that Defendant Noreast be given thirty days within which to respond.

That more than thirty days have elapsed and Defendant Noreast has not provided a response to either request.

That the affidavit is executed by affiant herein in accordance with Rule 55 and Rule 37 of the Federal Court Rules of Civil Procedure, the purpose of enabling the Plaintiff to obtain an entry of default against the Defendant for failure to plead or otherwise defend as to the Plaintiff's Complaint.

____________________________
AFFIANT

Sworn and subscribed to before me at Providence this 27th day of March, 2008.

Notary Public
My Commission Expires: 9/13/09

**CERTIFICATION**

I hereby certify that on the 27th day of March, 2008, a true copy of the within documents was filed electronically (ECF) and will be sent to registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies to those indicated as non-registered participants.