UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

LUIS SANTOS :
:
vs. :
:
NOREAST MORTGAGE, INC., FIRST :
MAGNUS FINANCIAL, HOMECOMING : C.A. No. 07-204 T
FINANCIAL, WASHINGTON MUTUAL, :
OPTION ONE MORTGAGE, PEOPLES :
CHOICE HOME LOAN, INC., FELIX :
BATISTA and PEDRO EVANGELISTA :
and JOHN DOE 1-10 :

CONSENT ORDER

It is hereby agreed by the parties that the following entries may be made:

1. The plaintiff's claims against defendants Option One Mortgage, Washington Mutual and HomeComings Financial are hereby dismissed with prejudice, no interest, no costs;

2. The Crossclaim asserted by Option One Mortgage against co-defendant Noreast Mortgage, Inc. is hereby dismissed.

Enter: By Order:

______________________________ ______________________________
J.

Assented to:

LUIS SANTOS
By his Attorney,

/s/ John M. Verdecchia
JOHN M. VERDECCHIA #3374
1206 Westminster Street
Providence, Rhode Island 02909
(401) 453-0700
(401) 454-5557 (fx)
john@verdecchialaw.com

OPTION ONE MORTGAGE
By its Attorneys,
CARROLL KELLY & MURPHY

/s/ Patricia A. Buckley
PATRICIA A. BUCKLEY #2987
One Turks Head Plaza, Suite 400
Providence, Rhode Island 02903
(401) 331-7272
(401) 331-4404 (fx)
pbuckley@ckmlaw.com

WASHINGTON MUTUAL
By its Attorneys,
EDWARDS ANGELL PALMER & DODGE

/s/ Raymond M. Ripple
RAYMOND M. RIPPLE #6489
2800 Financial Plaza
Providence, Rhode Island 02903
(401) 274-9200
(401) 276-6611 (fx)
rripple@eapdlaw.com

HOMECOMINGS FINANCIAL
By its Attorneys,
PRINCE LOBEL GLOVSKY & TYE

/s/ Elizabeth M. Duffy
ELIZABETH M. DUFFY (pro hac vice)
100 Cambridge Street, Suite 2200
Boston, Massachusetts 02114
(617) 456-8000
(617) 456-8100 (fx)
eduffy@plgt.com

and

/s/ Brian S. Grossman
BRIAN S. GROSSMAN #7308
100 Cambridge Street, Suite 2200
Boston, Massachusetts 02114
(617) 456-8000
(617) 456-8100 (fx)
bgrossman@plgt.com

## CERTIFICATION

I hereby certify that on the 5th day of May, 2008, a true copy of the within document was filed electronically and is available for viewing and downloading from the ECF system and that John M. Verdecchia, Esq., john@verdecchialaw.com, Elizabeth M. Duffy, Esq., eduffy@plgt.com, Raymond M. Ripple, Esq., rripple@eapdlaw.com, Joseph Avanzato, Esq., javanzato@apslaw.com , and Matthew P. Previn, mprevin@buckleykolar.com will receive notice through the ECF system. Further, a copy of the within has been mailed this day to Noreast Mortgage, Inc., c/o Michael Roszkiewicz, 2 Island Wharf, Marion, Massachusetts, 02738.

/s/ Patricia A. Buckley