# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

LUIS SANTOS,
Plaintiff

vs. C.A. No. 07-204T

NOREAST MORTGAGE, INC.,
Defendant

## JUDGMENT

[ ] Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ X ] Decision by the Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

Pursuant to the April 22nd, 2008 text ORDER granting Plaintiff Santos'Motion for Default Judgment against Defendant Noreast Mortgage, judgment hereby enters for the Plaintiff Luis Santos against Defendant Noreast Mortgage, Inc.

Enter:

/s/Ryan H. Jackson

Deputy Clerk

Dated: May 13th, 2008