UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

LUIS SANTOS

v.                                                    CA No. 07-204S

FIRST MAGNUS FINANCIAL

## ORDER

This case has been reassigned to the undersigned as a result of Judge Torres' retirement.  While this Judge previously recused in this matter, in light of the Consent Order entered dismissing Defendants HomeComings Financial, Washington Mutual, and Option One Mortgage the reason for recusal no longer exists.

As such, it is hereby ordered that pursuant to First Magnus Financial's filing of a Suggestion of Bankruptcy (document #33) this case shall be statistically closed until such time that First Magnus Financial becomes solvent, and/or the stay entered on August 21, 2007 in the Bankruptcy Court for the District of Arizona is lifted.

It is so ordered.

By Order:

/s/ _____
Deputy Clerk

ENTER:

/s/ _____
William E. Smith
United States District Judge
Date: 2/13/09